**Fill in this information to identify the case:**

Debtor name    **BARTLETT MANAGEMENT PEORIA, INC.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    **17-71893**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1.    **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br><br>2017: from 12/27/16 to 11/20/2017<br>(figures not yet available for period 11/21/2017 - 12/5/2017) | ■ Operating a business<br>☐ Other _____ | **$6,429,169.53** |
| **From the beginning of the fiscal year to filing date:**<br><br>2017: from 12/27/16 to 11/20/2017<br>(figures not yet available for period 11/21/2017 - 12/5/2017) | ☐ Operating a business<br>■ Other **Rebates, KFC co-op patronage, refunds** | **$141,242.40** |
| **For prior year:**<br><br>2016: from 12/29/15 to 12/26/16 | ■ Operating a business<br>☐ Other _____ | **$7,574,548.76** |
| **For prior year:**<br><br>2016: from 12/29/15 to 12/26/16 | ☐ Operating a business<br>■ Other **Rebates, KFC Co-op patrons, refunds** | **$144,955.26** |
| **For year before that:**<br><br>2015: from 12/29/14 to 12/28/15 | ■ Operating a business<br>☐ Other _____ | **$7,481,691.96** |
| **For year before that:**<br><br>2015: from 12/29/14 to 12/28/15 | ☐ Operating a business<br>■ Other **Rebates, KFC Co-op Patronage, refunds** | **$118,755.24** |

Debtor   **BARTLETT MANAGEMENT PEORIA, INC.**                    Case number *(if known)*   **17-71893**

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

|  | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2017** to Filing Date | **Sale of Properties (KFC # 34, #35 and 40)** | **$1,989,123.00** |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **KFC Advertising** **Dept. No. 642474** **Pittsburgh, PA 15264** | **10/12/2017** **$21,940.36** **11/14/2017** **$27,285.79** | **$49,226.15** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.2. **KFC Royalty** **PO Box 203805** **Dallas, TX 75320** | **10/12/2017** **$19,502.54** **11/14/2017** **$24,254.04** | **$43,756.58** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

Debtor    **BARTLETT MANAGEMENT PEORIA, INC.**                              Case number *(if known)*  **17-71893**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.3.  **McLane Service**<br>**2085 Midway Road**<br>**Carrollton, TX 75006** | 9/7/2017<br>$2,554.17<br>9/14/2017<br>$2,370.27<br>9/21/2017<br>$2,289.28<br>9/28/2017<br>$2,012.82<br>10/5/2017<br>$2,117.57<br>10/12/2017<br>$2,141.54<br>10/19/2017<br>$2,549.36<br>10/26/2017<br>$1,992.59<br>11/2/2017<br>$2,409.91<br>11/9/2017<br>$3,334.82<br>11/16/2017<br>$3,998.99<br>11/27/2017<br>$3,050.45<br>11/29/2017<br>$2,277.44 | $33,099.21 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.  **OSPREY 1401 REALTY, LLC**<br>**45 Indian Field Court**<br>**Mahwah, NJ 07430** | 9/5/2017<br>$5,600.00<br>10/2/2017<br>$5,600.00<br>11/2/2017<br>$5,600.00 | $16,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent - Real Property Lease** |
| 3.5.  **Horvath Realty of Illinois, LLC**<br>**55 Union Blvd**<br>**Totowa, NJ 07512** | 9/5/2017<br>$4,520.83<br>10/2/2017<br>$4,520.83<br>11/2/2017<br>$4,520.83 | $13,562.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent - Real Property Lease** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **BARTLETT MANAGEMENT PEORIA, INC.**                                    Case number *(if known)*   **17-71893**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.6.   **Illinois Department of Revenue Retailer's Occupation Tax Springfield, IL 62796-0010** | 9/7/2017 $11,065.00 9/15/2017 $11,065.00 9/22/2017 $11,065.00 10/2/2017 $11,065.00 10/9/2017 $9,083.00 10/16/2017 $9,083.00 10/23/2017 $9,083.33 10/31/2017 $9,083.33 11/7/2017 $9,501.00 11/15/2017 $9,501.00 11/22/2017 $9,501.00 11/30/2017 $9,501.00 9/20/2017 $3,548.00 10/20/2017 $6,041.00 11/20/2017 $3,167.00 | $131,352.66 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Retailer's Occupation Tax** |
| 3.7.   **Illinois Department of Revenue 101 West Jefferson Street Springfield, IL 62702** | 9/8/2017 $3,403.34 9/25/2017 $3,436.41 10/6/2017 $3,757.82 10/20/2017 $3,645.88 11/6/2017 $3,387.23 11/20/2017 $3,335.84 12/4/2017 $3,527.29 | $24,493.81 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **IL payroll taxes** |
| 3.8.   **JA-BO, INC. 18427 North Old Galena Road Attention: Jack Russell Chillicothe, IL 61523** | 8/23/2017 $24,132.85 9/1/2017 $24,132.85 10/2/2017 $21,826.79 | $70,092.49 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Rent under Real Property Lease** |

Debtor    **BARTLETT MANAGEMENT PEORIA, INC.**                                Case number *(if known)*  **17-71893**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **Sorce Enterprises, Inc.** **De Hater Division** **3201 N. Main Street** **East Peoria, IL 61611** | 9/8/2017 $114,804.10 9/22/2017 $91,912.11 10/16/2017 $96,422.63 10/27/2017 $113,999.53 11/20/2017 $98,418.39 | $515,556.76 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.10. **City of Peoria** **419 FULTON ST - RM 100** **Peoria, IL 61602-1276** | 8/25/2017 $2,357.57 9/29/2017 $2,423.08 10/27/2017 $3,043.45 12/1/2017 $2,465.82 | $10,289.92 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.11. **Direct Energy Services** **P.O. BOX 70220** **Philadelphia, PA 19176-0220** | 8/25/2017 $8,043.42 9/1/2017 $7,632.09 9/8/2017 $261.27 9/15/2017 $7,432.42 9/22/2017 $2,266.81 9/29/2017 $11,371.68 10/6/2017 $205.01 10/16/2017 $7,143.43 10/27/2017 $8,528.73 | $52,884.86 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.12. **Dale Boyer** **727 LAKESHORE DRIVE** **Tuscola, IL 61953** | 9/1/2017 $2,497.87 9/29/2017 $2,497.87 10/27/2017 $2,497.87 | $7,493.61 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Stock Purchase Agreement** |
| 3.13. **Z BROTHERS, LLC** **Attention Demetrios Zeref** **42 Harvest Lane** **Hockessin, DE 19707** | 8/23/2017 $7,791.67 | $7,791.67 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Rent - Real Property Lease** |

Debtor   **BARTLETT MANAGEMENT PEORIA, INC.**   Case number *(if known)*   **17-71893**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.14. **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | 9/8/2017<br>$17,716.37<br>9/22/2017<br>$17,875.51<br>10/6/2017<br>$19,933.06<br>10/20/2017<br>$19,096.59<br>11/2/2017<br>$17,599.49<br>11/20/2017<br>$17,252.39<br>12/1/2007<br>$18,355.31 | $127,828.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Federal Payroll Taxes** |
| 3.15. **G. J. Crewe Brokerage and Development**<br>**9109 Watson Road, 4th Floor**<br>**Attention: Mr. Kyle Lenzen**<br>**Saint Louis, MO 63126** | 10/23/2017 | $11,775.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Commission to Listing Broker on Sale of KFC # 40** |
| 3.16. **Maloof Commercial Real Estate**<br>**2411 W Cornerstone Ct**<br>**Peoria, IL 61614** | 10/23/2017 | $11,775.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Commission to Selling Broker on Sale of KFC # 40** |
| 3.17. **Diversified Mechanical**<br>**329 N. Western**<br>**Peoria, IL 61604** | 8/25/2017<br>$7,495.74<br>9/1/2017<br>$627.50<br>9/15/2017<br>$715.36<br>9/22/2017<br>$1,431.00<br>9/29/2017<br>$733.06<br>10/6/2017<br>$5,108.15<br>10/16/2017<br>$1,011.80<br>10/27/2017<br>$471.00 | $17,593.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.18. **Hermes Service and Sales, Inc.**<br>**409 S. Center Street**<br>**Bloomington, IL 61701** | 9/1/2017<br>$435.00<br>9/8/2017<br>$354.00<br>9/22/2017<br>$5,572.00<br>10/6/2017<br>$725.00<br>10/27/2017<br>$321.00 | $7,407.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor   **BARTLETT MANAGEMENT PEORIA, INC.**                                    Case number *(if known)*   **17-71893**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.19<br>. | **KFC/YSRG**<br>**P.O. BOX 203805**<br>**Dallas, TX 75320-3805** | **8/25/2017**<br>**$1,739.70**<br>**9/29/2017**<br>**$9,758.45** | **$11,498.15** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. | **Bartlett Managment Services, Inc.**<br>**70 Clinton Plaza**<br>**Clinton, IL 61727**<br>**Affiliated Entity** | **12/5/2016-12/04/2017** | **$450,840.70** | **Intercompany transfers** |
| 4.2. | **Valenti Florida Management, Inc.**<br>**3930 Premier North Drive**<br>**Tampa, FL 33618**<br>**Managing Agent of Debtor** | **2/3/2017**<br>**$6,400.00**<br>**3/17/2017**<br>**$6,400.00**<br>**4/28/2017**<br>**$9,800.00**<br>**6/30/2017**<br>**$9,800.00** | **$32,400.00** | **Accounting Services per Contract** |
| 4.3. | **Bartlett Management Indianapolis, Inc.**<br>**70 Clinton Plaza**<br>**Clinton, IL 61727**<br>**Affiliated Entity** | **Amount listed is the total payments during period 12/5/2016-12/4/2017** | **$0.00** | **Intercompany transfers** |

5.   **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.   **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

Debtor    **BARTLETT MANAGEMENT PEORIA, INC.**                              Case number *(if known)*  **17-71893**

---

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Clinton Community YMCA** | **Cash Donation to Strong Kids Campaign** | 6/2/2017 | $1,000.00 |
| | Recipients relationship to debtor **None** | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss   If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.   List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Theft from KFC#35-5601, SW Washington Str,Bartonville IL 61607** | **None** | **10/4/2016** | **$1,246.52** |
| **Armed Robbery at KFC#42- 8905 N Allen Rd,Peoria,IL 61615** | **$860.50 (after $500 deductible)** | **10/17/16** | **$1,360.50** |
| **Armed Robbery at KFC#36-2231 W Glen Ave, Peoria,IL 61614** | **$3,450.79 (after $500 deductible)** | **12/4/2016** | **$3,950.79** |
| **Property Damage to reader board at KFC # 41** | **$798 (after $500 deductible)** | **2/21/17** | **$1,298.00** |
| **Sign struck by unidentified vehicle at KFC#34, 603 N.Western Ave, W Peoria,IL 61604** | **$1250.00** | **9/9/2016** | **$2,500.00** |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

| Debtor | **BARTLETT MANAGEMENT PEORIA, INC.** | Case number *(if known)*   **17-71893** |
|---|---|---|

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of Jonathan A. Backman**<br>**117 North Center Street**<br>**Bloomington, IL 61701-5001** | **Attorney Fees - Joint Initial Consultation Fee** | **6/30/2017** | **$500.00** |
| | **Email or website address**<br>**jbackman@backlawoffice.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Barlett Mangement Services, Inc. (Credit Card)** | | | |
| 11.2. | **Law Office of Jonathan A. Backman**<br>**117 North Center Street**<br>**Bloomington, IL 61701-5001** | **Attorney Fees - Joint Retainer** | **7/3/2015** | **$15,000.00** |
| | **Email or website address**<br>**jbackman@backlawoffice.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Funds from consolidated account of all 3 Bartlett Entities** | | | |
| 11.3. | **Law Office of Jonathan A. Backman**<br>**117 North Center Street**<br>**Bloomington, IL 61701-5001** | **Attorney Fees - Joint Retainer** | **7/14/2017** | **$10,000.00** |
| | **Email or website address**<br>**jbackman@backlawoffice.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Funds from consolidated account of all 3 Bartlett Entities** | | | |
| 11.4. | **Law Office of Jonathan A. Backman**<br>**117 North Center Street**<br>**Bloomington, IL 61701-5001** | **Attorney Fees - Joint Retainer** | **7/20/17** | **$10,000.00** |
| | **Email or website address**<br>**jbackman@backlawoffice.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Funds from consolidated account of all 3 Bartlett Entities** | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **BARTLETT MANAGEMENT PEORIA, INC.**                                    Case number *(if known)*   **17-71893**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.5. | **Law Office of Jonathan A. Backman 117 North Center Street Bloomington, IL 61701-5001** | **Attorney Fees - Joint Retainer** | **8/2/2017** | **$10,000.00** |
| | **Email or website address jbackman@backlawoffice.com** | | | |
| | **Who made the payment, if not debtor? Funds from consolidated account of all 3 Bartlett Entities** | | | |
| 11.6. | **Law Office of Jonathan A. Backman 117 North Center Street Bloomington, IL 61701-5001** | **Attorney Fees - Joint Retainer** | **8/11/2017** | **$10,000.00** |
| | **Email or website address jbackman@backlawoffice.com** | | | |
| | **Who made the payment, if not debtor? Funds from consolidated account of all 3 Bartlett Entities** | | | |
| 11.7. | **Law Office of Jonathan A. Backman 117 North Center Street Bloomington, IL 61701-5001** | **Attorney Fees - Joint Retainer** | **8/23/2017** | **$1,000.00** |
| | **Email or website address jbackman@backlawoffice.com** | | | |
| | **Who made the payment, if not debtor? Funds from consolidated account of all 3 Bartlett Entities** | | | |
| 11.8. | **Law Office of Jonathan A. Backman 117 North Center Street Bloomington, IL 61701-5001** | **Attorney Fees - Joint Retainer - Bartlett Entities.** | **8/30/2017** | **$5,000.00** |
| | **Email or website address jbackman@backlawoffice.com** | | | |
| | **Who made the payment, if not debtor? Funds from consolidated account of all 3 Bartlett Entities** | | | |

Debtor    **BARTLETT MANAGEMENT PEORIA, INC.**                    Case number *(if known)*    **17-71893**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.9. | **Law Office of Jonathan A. Backman** **117 North Center Street** **Bloomington, IL 61701-5001** | **Attorney Fees - Joint Retainer - Bartlett Entities.** | **9/7/2017** | **$5,000.00** |
| | **Email or website address** **jbackman@backlawoffice.com** | | | |
| | **Who made the payment, if not debtor?** **Funds from consolidated account of all 3 Bartlett Entities** | | | |
| 11.10. | **Law Office of Jonathan A. Backman** **117 North Center Street** **Bloomington, IL 61701-5001** | **Attorney Fees - Joint Retainer - Bartlett Entities** | **9/14/2017** | **$7,500.00** |
| | **Email or website address** **jbackman@backlawoffice.com** | | | |
| | **Who made the payment, if not debtor?** **Funds from consolidated account of all 3 Bartlett Entities** | | | |
| 11.11. | **Law Office of Jonathan A. Backman** **117 North Center Street** **Bloomington, IL 61701-5001** | **Attorney Fees - Joint Retainer - Bartlett Entities** | **9/19/2017** | **$10,000.00** |
| | **Email or website address** **jbackman@backlawoffice.com** | | | |
| | **Who made the payment, if not debtor?** **Funds from consolidated account of all 3 Bartlett Entities** | | | |
| 11.12. | **Law Office of Jonathan A. Backman** **117 North Center Street** **Bloomington, IL 61701-5001** | **Attorney Fees - Joint Retainer** | **9/26/2017** | **$5,000.00** |
| | **Email or website address** **jbackman@backlawoffice.com** | | | |
| | **Who made the payment, if not debtor?** **Funds from consolidated account of all 3 Bartlett Entities** | | | |

Debtor    **BARTLETT MANAGEMENT PEORIA, INC.**                    Case number *(if known)*    **17-71893**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.13 · | **Law Office of Jonathan A. Backman 117 North Center Street Bloomington, IL 61701-5001** | **Attorneys Fees - Joint Retainer** | **10/5/2017** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Funds from consolidated account of all 3 Bartlett Entities** | | | |
| 11.14 · | **Law Office of Jonathan A. Backman 117 North Center Street Bloomington, IL 61701-5001** | **Attorneys Fees - Joint Retainer** | **10/13/2017** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Funds from consolidated account of all 3 Bartlett Entities** | | | |
| 11.15 · | **Law Office of Jonathan A. Backman 117 North Center Street Bloomington, IL 61701-5001** | **Attorneys Fees - Joint Retainer** | **10/24/2017** | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Funds from consolidated account of all 3 Bartlett Entities** | | | |
| 11.16 · | **Law Office of Jonathan A. Backman 117 North Center Street Bloomington, IL 61701-5001** | **Attorney Fees - Joint Retainer** | **10/30/2017** | **$3,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Funds from consolidated account of all 3 Bartlett Entities** | | | |

Debtor   **BARTLETT MANAGEMENT PEORIA, INC.**                    Case number *(if known)*   **17-71893**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.17 · | **Law Office of Jonathan A. Backman 117 North Center Street Bloomington, IL 61701-5001** | **Attorney Fees - Joint Retainer** | **11/1/2017** | **$7,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Funds from consolidated account of all 3 Bartlett Entities** | | | |
| 11.18 · | **Law Office of Jonathan A. Backman 117 North Center Street Bloomington, IL 61701-5001** | **Attorneys Fee - Joint Retainer** | **11/13/2017** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Funds from consolidated account of all 3 Bartlett Entities** | | | |
| 11.19 · | **Law Office of Jonathan A. Backman 117 North Center Street Bloomington, IL 61701-5001** | **Attorney Fees - Joint Retainer** | **11/20/2017** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Funds from consolidated account of all 3 Bartlett Entities** | | | |
| 11.20 · | **Law Office of Jonathan A. Backman 117 North Center Street Bloomington, IL 61701-5001** | **Attorney Fees - Joint Retainer** | **11/21/2017** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Funds from consolidated account of all 3 Bartlett Entities** | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **BARTLETT MANAGEMENT PEORIA, INC.**                    Case number *(if known)*   **17-71893**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.21. **Law Office of Jonathan A. Backman** **117 North Center Street** **Bloomington, IL 61701-5001** | **Attorney Fees - Joint Retainer** | **12/01/2017** | **$25,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** **Funds from consolidated account of all 3 Bartlett Entities** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Horvath Realty of Illinois, LLC** **31 Bank Street** **Sussex, NJ 07461** | **KFC #34 :  603 N. Western Avenue, West Peoria, IL** | **1/18/2017** | **$648,123.00** |
| **Relationship to debtor** **Lessor** | | | |
| 13.2. **OSPREY 1401 REALTY, LLC** **45 Indian Field Court** **Mahwah, NJ 07430** | **KFC #35: 5601 Washington Street Bartonville, Illinois** | **2/2/2017** | **$840,000.00** |
| **Relationship to debtor** **Lessor** | | | |
| 13.3. **SMLE, LLC** **Mr. Mark Ratterman** **201 North Main Street, Suite 300** **Saint Charles, MO 63301** | **KFC # 40  113 Radio City Dr North Pekin, IL 61554** **Real Property and FF&E** | **10/23/2017** | **$471,000.00** |
| **Relationship to debtor** | | | |

**Part 7:**   **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **BARTLETT MANAGEMENT PEORIA, INC.**                                  Case number *(if known)*   **17-71893**

---

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Commerce Bank**<br>**416 Main Street**<br>**Peoria, IL 61602-1126** | **XXXX-8242** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Local Store Deposit Account KFC # 40** | **5/22/2017 Store Closed** | **$0.00** |

---

Debtor    **BARTLETT MANAGEMENT PEORIA, INC.**                                    Case number *(if known)*    **17-71893**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **Heartland Bank and Trust Company**<br>**1101 W. Windsor Road**<br>**Champaign, IL 61821** | **XXXX-9394** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  **Local Store Deposit Account for KFC #36** | **5/1/17 Moved to consolidated account #9123** | **$0.00** |
| 18.3. | **Heartland Bank and Trust Company**<br>**1101 W. Windsor Road**<br>**Champaign, IL 61821** | **XXXX-9017** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  **Local Store Deposit Account for KFC #37** | **5/9/17 - Move to Consolidated Account 9123** | **$0.00** |
| 18.4. | **Heartland Bank and Trust Company**<br>**1101 W. Windsor Road**<br>**Champaign, IL 61821** | **XXXX-8983** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  **Local Store Deposit Account for KFC #38** | **5/1/17 - Moved to Consolidated Account 9123** | **$0.00** |
| 18.5. | **Heartland Bank and Trust Company**<br>**1101 W. Windsor Road**<br>**Champaign, IL 61821** | **XXXX-8991** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  **Local Store Deposit Account for KFC #39** | **5/9/17 - Moved to Consolidated Account 9123** | **$0.00** |
| 18.6. | **Heartland Bank and Trust Company**<br>**1101 W. Windsor Road**<br>**Champaign, IL 61821** | **XXXX-7408** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  **Local Store Deposit Account for KFC #42** | **6/14/17 - Moved to Consolidated Account 9123** | **$0.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | BARTLETT MANAGEMENT PEORIA, INC. | | Case number *(if known)* | **17-71893** |

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Warehouse at Bob Clawson's Residence**<br>**3190 Deerfield Road**<br>**Clinton, IL 61727** | **Bob Clawson, Sharon Clawson** | **See Property Schedule Addendum C** | ☐ No<br>■ Yes |
| **Todd Kashi Storage/Office**<br>**2500 N. Main Street**<br>**Suite 13**<br>**Rockford, IL 61103** | **Todd Kashi** | **See Property Schedule Addendum C** | ☐ No<br>■ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Bartlett Management Services, Inc.**<br>**70 Clinton Plaza**<br>**Clinton, IL 61727** | **70 Clinton Plaza**<br>**Clinton, IL** | **Computers located at office**<br>**70 Clinton Plaza:**<br>**DELL E6520 #8J5N6R1 (SC)**<br>**02/01/12 0.00**<br>**DELL E6520 #856N6R1 (JA)**<br>**02/01/12 0.00**<br>**IPAD2 - BC 03/07/12 0.00**<br>**DELL E5530 #G14MKV1 (SE)**<br>**11/15/12 27.84**<br>**DELL E5530 #DF5MKV1 (MR)**<br>**11/15/12 27.83**<br>**DELL E6540 #DGS1XZ1   MC**<br>**05/16/14 296.95**<br>**DELL LAPTOP(CK9LL12)-TK**<br>**09/01/14 332.52**<br>**DELL LAPTON (GKT9F12)-KR**<br>**08/01/14 243.96**<br>**DELL LAPTOP(BD6MR22)-SC**<br>**12/01/14 159.01**<br>**DELL LAPTOP 07/22/15**<br>**544.01**<br>**DELL LATITUDE 3570 BTX**<br>**07/01/17 1,088.69** | $3,597.44 |

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

Debtor    **BARTLETT MANAGEMENT PEORIA, INC.**                    Case number *(if known)*    **17-71893**

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
| --- | --- | --- |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
| --- | --- | --- |
| 26a.1. | **Valenti Florida Management, Inc.** **3930 Priemer North Drive** **Tampa, FL 33618** | **2008 - present** |
| 26a.2. | **MICHAEL J. SMITH & ASSOCIATES** **3127 Village Office Place** **Champaign, IL 61822** | **Tax Records Only** |
| 26a.3. | **Margarita Young (VFM)** **3043 Beaver Pond Trail** **Valrico, FL 33596** | **3/6/2014 - current** |

Debtor   **BARTLETT MANAGEMENT PEORIA, INC.**                     Case number *(if known)*   **17-71893**

| Name and address | Date of service From-To |
|---|---|
| 26a.4.  **Suzanne Wright (VFM)** <br> **4616 Roberts RD** <br> **Land O Lakes, FL 34639** | **2/24/92 - current** |
| 26a.5.  **Karen Loco** <br> **22627 Royal Ridge CT** <br> **Lutz, FL 33549** | **2/29/98- current** |
| 26a.6.  **Tammy Sheehan** <br> **12120  81st Avenue** <br> **Seminole, FL 33772** | **11/07/01-current** |
| 26a.7.  **Jedd Lancaster** <br> **4503 W.  Idelwild Ave** <br> **Tampa, FL 33614** | **12/03/07-current** |
| 26a.8.  **Asonja Moore** <br> **4714.N Habana, #802,** <br> **Tampa, FL 33614** | **07/08/13-current** |
| 26a.9.  **Crystal Herrrmann** <br> **11308 Cambray Creek Loop** <br> **Riverview, FL 33579** | **10/22/07-current** |
| 26a.10.  **Mary Jane  Johnson** <br> **1235 Waterbury Loop** <br> **Lutz, FL 33559** | **4/25/84-5/17/17** |
| 26a.11.  **Joshua Wright** <br> **4616 Roberts RD** <br> **Land O Lakes, FL 34639** | **10/21/14-5/17/17** |
| 26a.12.  **Cindy Gillis** <br> **2007 58th St S** <br> **Saint Petersburg, FL 33707** | **2007 58th St S,** <br> **Gulfport, Fl 33707** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Steve Nesbitt** <br> **12505 Royal Dublin Ave,** <br> **Odessa, FL 33556** | **06/23/86-current** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **MICHAEL J. SMITH & ASSOCIATES** <br> **3127 Village Office Place** <br> **Champaign, IL 61822** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Valenti Florida Management, Inc.** <br> **3930 Priemer North Drive** <br> **Tampa, FL 33618** | |

Debtor    **BARTLETT MANAGEMENT PEORIA, INC.**    Case number *(if known)* **17-71893**

---

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. **MICHAEL J. SMITH & ASSOCIATES**<br>3127 Village Office Place<br>Champaign, IL 61822 | **Tax Records Only** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **MICHAEL J. SMITH & ASSOCIATES**<br>3127 Village Office Place<br>Champaign, IL 61822 |
| 26d.2. **Heartland Bank and Trust Company**<br>BR #600 Champaign - CUW<br>1101 W. Windsor Road<br>Champaign, IL 61821 |
| 26d.3. **JP Morgan Chase**<br>12703 N Dale Mabry Hwy<br>Tampa, FL 33618 |
| 26d.4. **6th STREET SPRINGFIELD, LLC**<br>3419 Via Lido Suite 617<br>Newport Beach, CA 92663 |
| 26d.5. **YUM Brands**<br>1141 Gardiner Ln<br>Louisville, KY 40213 |
| 26d.6. **AGREE REALTY**<br>70 E. Long Lake Road<br>Bloomfield Hills, MI 48304 |
| 26d.7. **First Insurance Funding**<br>450 Skokie Blvd, Ste1000<br>Northbrook, IL 60062-7917 |
| 26d.8. **Wells Fargo Equipment Finance**<br>733 Marquette Ave, Suite 700<br>Minneapolis, MN 55402 |
| 26d.9. **ARC CAFEUSUSA001, LLC**<br>c/o American Realty Capital Properties<br>Attn: Legal Dept. -- -Real Estate<br>2325 E. Camelback Road, Suite 1100<br>Phoenix, AZ 85016 |
| 26d.10. **Stonebriar Commercial Finance**<br>47 Hulfish Street, Suite 210<br>Princeton, NJ 08542 |
| 26d.11. **Horvath Realty of Illinois, LLC**<br>31 Bank Street<br>Sussex, NJ 07461 |
| 26d.12. **General Electric Capital Corporation**<br>8377 East Hargord Drive<br>Suite 200<br>Scottsdale, AZ 85255 |

**27. Inventories**

| Debtor | **BARTLETT MANAGEMENT PEORIA, INC.** | Case number *(if known)* | **17-71893** |
|---|---|---|---|

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Clawson | 3190 Deerfield Road Clinton, IL 61727 | Officer - President and Treasurer Shareholder Director | 100% Shareholder |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Sharon Clawson | 3190 Deerfield Road Clinton, IL 61727 | Officer (Secretary) and Director | 0% |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Joseph T. Adams | 70 Clinton Plaza Clinton, IL 61727 | Assistant Secretary | 0% |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Francis J. Vahn | Meyer Capel, A Professional Corporation 306 W. Church Street Champaign, IL 61820 | Assistant Secretary | 0% |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Michael Bartlett | 31213 N. GECKO TRAIL San Tan Valley, AZ 85143-4170 | Director | 0% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Debtor | **BARTLETT MANAGEMENT PEORIA, INC.** | Case number *(if known)* | **17-71893** |

| Name of the parent corporation | Employer Identification number of the parent corporation |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 1, 2018**

| **/s/ Robert E. Clawson** | **Robert E. Clawson** |
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Attachment to Statement of Financial Affairs
Property Held for Another (Part 11/Q21)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Restaurant Equipment Not Owned by Bartlett Entities** | | | | | | | | |
| Store # | Company | Pepsi Machine | Co2 Dispensers | Hughes Net Equipt. | Muzak Equipt. | Tea Equipt. | Ice Machines | Value |
| 2 | BMSI | 2 | 1 | 1 | 1 | 1 | 1 | Unknown |
| 3 | BMSI | 2 | 1 | 1 | 1 | 1 | 2 | Unknown |
| 5 | BMSI | 2 | 1 | 1 | 1 | 1 | 2 | Unknown |
| 7 | BMSI | 2 | 1 | 1 | 1 | 1 | 2 | Unknown |
| 9 | BMSI | 2 | 1 | 1 | 1 | 1 | 1 | Unknown |
| 10 | BMSI | 2 | 1 | 1 | 1 | 1 | 2 | Unknown |
| 12 | BMSI | 2 | 1 | 1 | 1 | 1 | 1 | Unknown |
| 14 | BMSI | 2 | 1 | 1 | 1 | 1 | 1 | Unknown |
| 15 | BMSI | 2 | 1 | 1 | 1 | 1 | 1 | Unknown |
| 16 | BMSI | 2 | 1 | 1 | 1 | 1 | 2 | Unknown |
| 18 | BMSI | 2 | 1 | 1 | 1 | 1 | 1 | Unknown |
| 19 | BMSI | 2 | 1 | 1 | 1 | 1 | 1 | Unknown |
| 22 | BMPI | 2 | 1 | 1 | 1 | 1 | 2 | Unknown |
| 23 | BMSI | 2 | 1 | 1 | 1 | 1 | 2 | Unknown |
| 24 | BMSI | 2 | 1 | 1 | 1 | 1 | 0 | Unknown |
| 25 | BMSI | 2 | 1 | 1 | 1 | 1 | 1 | Unknown |
| 26 | BMSI | 2 | 1 | 1 | 1 | 1 | 1 | Unknown |
| 27 | BMSI | 2 | 1 | 1 | 1 | 1 | 2 | Unknown |
| 28 | BMSI | 2 | 1 | 1 | 1 | 1 | 1 | Unknown |
| 29 | BMSI | 2 | 1 | 1 | 1 | 1 | 2 | Unknown |
| 30 | BMSI | 2 | 1 | 1 | 1 | 1 | 1 | Unknown |
| 31 | BMSI | 2 | 1 | 1 | 1 | 1 | 2 | Unknown |
| 32 | BMSI | 2 | 1 | 1 | 1 | 1 | 2 | Unknown |
| 34 | BMPI | 2 | 1 | 1 | 1 | 1 | 1 | Unknown |
| 35 | BMPI | 2 | 1 | 1 | 1 | 1 | 1 | Unknown |
| 36 | BMPI | 2 | 1 | 1 | 1 | 1 | 2 | Unknown |
| 37 | BMPI | 2 | 1 | 1 | 1 | 1 | 1 | Unknown |
| 38 | BMPI | 2 | 1 | 1 | 1 | 1 | 1 | Unknown |
| 39 | BMPI | 2 | 1 | 1 | 1 | 1 | 2 | Unknown |
| 41 | BMPI | 2 | 1 | 1 | 1 | 1 | 2 | Unknown |
| 42 | BMPI | 2 | 1 | 1 | 1 | 1 | 1 | Unknown |
| 43 | BMSI | 2 | 1 | 1 | 1 | 1 | 1 | Unknown |
| 51 | BMII | 2 | 1 | 1 | 1 | 1 | 1 | Unknown |
| 54 | BMII | 2 | 1 | 1 | 1 | 1 | 1 | Unknown |
| 55 | BMII | 2 | 1 | 1 | 1 | 1 | 1 | Unknown |
| 57 | BMII | 2 | 1 | 1 | 1 | 1 | 2 | Unknown |
| 59 | BMII | 2 | 1 | 1 | 1 | 1 | 2 | Unknown |