**Fill in this information to identify the case:**

Debtor name **BARTLETT MANAGEMENT PEORIA, INC.**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF ILLINOIS**

Case number (if known) **17-71893**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*    **Top 20 Creditors (Official Form 204)**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 1, 2018**

X **/s/ Robert E. Clawson**
Signature of individual signing on behalf of debtor

**Robert E. Clawson**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **BARTLETT MANAGEMENT PEORIA, INC.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF ILLINOIS

Case number (if known)   **17-71893**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................... $ 1,406,160.34

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................. $ 764,926.87

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................... $ 2,171,087.21

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 5,065,739.11

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ 1,349.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ 1,361,364.82

4. **Total liabilities** ....................................................................................
   Lines 2 + 3a + 3b                                                                             $ 6,428,452.93

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **BARTLETT MANAGEMENT PEORIA, INC.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    **17-71893**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | **$7,100.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank Account: KFC # 22 (Balance as of Opening 12/5/2017)**<br>**PROSPECT BANK**<br>**141 N VETERANS PKWY**<br>**WATSEKA, IL 60970**<br>**815-432-6445** | **Local -  Store Deposit Account** | 3034 | $5,660.83 |
| 3.2. | **Bank Account KFC # 41 (Balance as of Opening 12/5/2017)**<br>**1ST NATIONAL**<br>**2 KELLI COURT**<br>**CLINTON,IL  61727**<br>**217-935-2148** | **Local -  Store Deposit Account** | 5946 | $5,274.89 |
| 3.3. | **Consolidated Local Bank Account for KFC ##34,35,36,37,38,39, 42 (Balance as of Opening 12/5/2017)**<br>**Zero Balance Account - Swept into HBT account  ending 1878**<br>**HEARTLAND BANK**<br>**1101 W WINDSOR ROAD**<br>**CHAMPAIGN, IL 61821**<br>**217-866-1756** | **Consolidated  Local Store Deposit Account** | 9123 | $0.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **BARTLETT MANAGEMENT PEORIA, INC.** | Case number *(If known)* **17-71893** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| | **Gift Card Account:**<br>**(Balance as of Opening 12/5/2017)**<br>HEARTLAND BANK<br>1101 W WINDSOR ROAD<br>CHAMPAIGN, IL 61821 | | | |
| 3.4. | 217-866-1756 | **Gift Card Account** | 6960 | $245.98 |

| | | | | |
|---|---|---|---|---|
| | **Entity Checking Account (Balance as**<br>**of Opening 12/5/2017)**<br>HEARTLAND BANK<br>1101 W WINDSOR ROAD<br>CHAMPAIGN, IL 61821<br>217-866-1756 | | | |
| 3.5. | **Swept daily to balance of $10,000  into**<br>**Cash Concentration Account** | **P/R and A/P Checking**<br>**Account** | 1878 | $10,009.95 |

| | | | | |
|---|---|---|---|---|
| | **Cash Concentration Account (Balance**<br>**as of Opening 12/5/2017)**<br>HEARTLAND BANK<br>1101 W WINDSOR ROAD<br>CHAMPAIGN, IL 61821<br>217-866-1756 | | | |
| 3.6. | **Swept Daily to pay down Heartland**<br>**Bank Credit Line** | **Cash Concentration**<br>**Account** | 9378 | $0.00 |

| | | |
|---|---|---|
| 4. | **Other cash equivalents** *(Identify all)* | |
| 5. | **Total of Part 1.**<br>Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $28,291.65 |

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

| | | |
|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit<br>**Security Deposits:**<br>**City of Washington $50 (10/26/00)** | |
| 7.1. | **Culligan $60 (#22 Bottle Deposit) 8/12** | $50.00 |

| | | |
|---|---|---|
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment | |
| 9. | **Total of Part 2.**<br>Add lines 7 through 8. Copy the total to line 81. | $50.00 |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **BARTLETT MANAGEMENT PEORIA, INC.**    Case number *(If known)*  **17-71893**
_____
Name

| 11b. Over 90 days old: | **979.00** | - | **979.00** | =.... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |

Robbery at KFC #35  $979 on 12/03/2016

| 11b. Over 90 days old: | **1,593,554.47** | - | **1,593,554.47** | =.... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |

Intercompany Transfers Due from Bartlett Management Services, Inc.  as of 11/20/2017 (figures not yet available through 12/5/2017)

| 11b. Over 90 days old: | **517.78** | - | **517.78** | =.... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |

Due from Robert Clawson Tax Payments made 2011-2013

12.    **Total of Part 3.**    **$0.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |

14.    **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

14.1.  **Stock In KFC Corporate**    **$0.00**

14.2.  **10  Store Common Stock, $0.1 par value, of KFC  National Purchasing Co-op, Inc. (included in online 42 shares (ID#4746) issued to BMSI)**
**1 Store Common Stock, no par value, of Taco bell International  Purchasing Co-op  issued to BMPI**    **Unknown**

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**    **$0.00**

Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |

19.    **Raw materials**

Debtor    **BARTLETT MANAGEMENT PEORIA, INC.**

Name

Case number *(If known)*   **17-71893**

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

| | | | |
|---|---|---|---|
| **KFC # 22:  Ending Inventory as of 11/20/2017 Perishable Items: $3,266.07  Non perishable food Items: $3,420.67  Paper Products:  $1,416.62** | **11/20/2017** | **$0.00** | **$8,103.36** |
| **KFC # 34:  Ending Inventory as of 11/20/2017 Perishable Items: $1,124.91  Non perishable food Items: $2,371.81  Paper Products:   $923.46** | **11/20/2017** | **$0.00** | **$4,420.18** |
| **KFC # 35  Ending Inventory as of 11/20/2017 Perishable Items: $2,076.89 Non perishable food Items: $3,173.83  Paper Products:  $1,425.12** | **11/20/2017** | **$0.00** | **$6,675.84** |
| **KFC # 36: Ending Inventory as of 11/20/2017 Perishable Items: $3,715.71  Non perishable food Items: $3,403.18  Paper Products:  $2,434.00** | **11/20/2017** | **$0.00** | **$9,552.89** |
| **KFC # 37: Ending Inventory as of 11/20/2017 Perishable Items: $1,524.26  Non perishable food Items: $2,884.98  Paper Products:   $1,210.58** | **11/20/2017** | **$0.00** | **$5,619.82** |
| **KFC # 38:  Ending Inventory as of 11/20/2017 Perishable Items: $1,229.62  Non perishable food Items: $2,438.56  Paper Products:   $953.52** | **11/20/2017** | **$0.00** | **$4,621.70** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **BARTLETT MANAGEMENT PEORIA, INC.**
Name

Case number *(If known)*   **17-71893**

| | | | |
|---|---|---|---|
| **KFC # 39:  Ending Inventory as of 11/20/2017  $2,535.82  Non perishable food Items: $2,370.94  Paper Products:  $1,722.80** | 11/20/2017 | $0.00 | $6,629.56 |
| **KFC # 41:  Ending Inventory as of 11/20/2017 Perishable Items: $2,618.12  Non perishable food Items: $6,743.50  Paper Products:  $3,087.51** | 11/20/2017 | $0.00 | $12,449.13 |
| **KFC # 42:  Ending Inventory as of 11/20/2017 Perishable Items: $1,371.22  Non perishable food Items: $2,321.01  Paper Products:  $1,248.67** | 11/20/2017 | $0.00 | $4,940.90 |

23.   **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$63,013.38

24.   **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value _____ **0** Valuation method _____   Current Value _____ **0**

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

Part 6:   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Part 7:   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **BARTLETT MANAGEMENT PEORIA, INC.** | Case number *(If known)* **17-71893** |
|---|---|---|
| | Name | |

| 39. | **Office furniture**<br>**Nine desks ($900); 25 Office chairs ($625); one**<br>**book shelf ($25); two credenzas ($100); 24**<br>**filing cabinets ($600); four folding tables**<br>**($100);** | $0.00 | 25% of New Cost | $2,350.00 |
|---|---|---|---|---|

| 40. | **Office fixtures** | | | |
|---|---|---|---|---|

| 41. | **Office equipment, including all computer equipment and**<br>**communication systems equipment and software**<br>**Seven Printers ($700.00); three Shredders 3**<br>**($262.50); ten Phones ($625.00) twelve boxes**<br>**copier paper ($90.00); one stove ($100); one**<br>**refrigerator ($150) and one microwave ($50)** | $0.00 | 25% of RCV | $1,977.50 |
|---|---|---|---|---|

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;<br>books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card<br>collections; other collections, memorabilia, or collectibles | | | |
|---|---|---|---|---|

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | | | $4,327.50 |
|---|---|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
 ☐ No
 ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

 ☐ No.  Go to Part 9.
 ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of**<br>**debtor's interest**<br>(Where available) | **Valuation method used**<br>**for current value** | **Current value of**<br>**debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **2015 ACURA MDX TECH**<br>**mileage  39,609** | **Unknown** | **Kelly Blue Book** | $29,477.00 |
|---|---|---|---|---|

| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
|---|---|---|---|---|

| 49. | **Aircraft and accessories** | | | |
|---|---|---|---|---|

| 50. | **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)** | | | |
|---|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **BARTLETT MANAGEMENT PEORIA, INC.** | Case number *(If known)* **17-71893** |
|--------|--------------------------------------|----------------------------------------|
|        | Name                                 |                                         |

| | | | |
|---|---|---|---|
| **Construction/Remodeling/Upgrades in Progress.  Book Value is amount paid (consolidated for all locations) for work in progress as of (Closing Period 11/20/2017): KFC REMODELING  $25,000.00** | $38,203.00 | | Unknown |
| **Leasehold improvements KFC # 22 (Closing Period 11/20/2017)** <br> See Attached Addendum B | $45,493.18 | 25% of RCV | $27,553.25 |
| **Leasehold improvements KFC # 34 (Closing Period 11/20/2017)** <br> See Attached Addendum B | $2,006.51 | 25% of RCV | $542.50 |
| **Leasehold improvements KFC # 35 (Closing Period 11/20/2017)** <br> See Attached Addendum B | $5,844.12 | 25% of RCV | $1,581.25 |
| **Leasehold improvements KFC # 36 (Closing Period 11/20/2017)** <br> See Attached Addendum B | $20,265.92 | 25% of RCV | $7,915.75 |
| **Leasehold improvements KFC # 38 (Closing Period 11/20/2017)** <br> See Attached Addendum B | $160,810.94 | 25% of RCV | $92,797.50 |
| **Leasehold improvements KFC # 39 (Closing Period 11/20/2017)** <br> See Attached Addendum B | $24,672.85 | 25% of RCV | $5,931.25 |
| **Leasehold improvements KFC # 41 (Closing Period 11/20/2017)** <br> See Attached Addendum B | $259,879.68 | 25% of RCV | $118,532.50 |
| **Leasehold improvements KFC # 42 (Closing Period 11/20/2017)** <br> See Attached Addendum B | $2,161.78 | 25% of RCV | $633.75 |
| **Leasehold Improvements KFC # 37 (Closing Period 11/20/2017)** <br> See Attached Addendum B | $43,556.46 | 25% of RCV | $20,987.50 |
| **Equipment at KFC #22 (Closing Period 11/20/2017)** <br> See Attached Addendum A <br> NOTE:  This Equipment will be moved to Storage after turnover of property. | $6,693.91 | See Addendum A | $42,113.13 |
| **Equipment at KFC #34 (Closing Period 11/20/2017)** <br> See Attached Addendum A | $10,173.55 | See Addendum A | $38,795.19 |

Debtor    **BARTLETT MANAGEMENT PEORIA, INC.**                    Case number *(If known)*  **17-71893**
Name

| | | | |
|---|---|---|---|
| **Equipment at KFC #35**<br>**(Closing Period 11/20/2017)**<br>**See Attached Addendum A** | $11,437.67 | **See Addendum A** | $22,388.79 |
| **Equipment at KFC #36**<br>**(Closing Period 11/20/2017)**<br>**See Attached Addendum A** | $2,100.14 | **See Addendum A** | $29,225.54 |
| **Equipment at KFC #37**<br>**(Closing Period 11/20/2017)**<br>**See Attached Addendum A**<br>**NOTE:  This Equipment will be moved to**<br>**Storage after turnover of property.** | $6,871.31 | **See Addendum A** | $48,039.99 |
| **Equipment at KFC #38**<br>**(Closing Period 11/20/2017)**<br>**See Attached Addendum A** | $10,044.55 | **See Addendum A** | $24,158.03 |
| **Equipment at KFC #39**<br>**(Closing Period 11/20/2017)**<br>**See Attached Addendum A** | $3,494.10 | **See Addendum A** | $27,457.64 |
| **Equipment at KFC #41**<br>**(Closing Period 11/20/2017)**<br>**See Attached Addendum A** | $18,796.90 | **See Addendum A** | $68,962.99 |
| **Equipment at KFC #42**<br>**(Closing Period 11/20/2017)**<br>**See Attached Addendum A** | $7,252.45 | **See Addendum A** | $51,917.45 |
| **Leasehold Improvements: Clinton Office**<br>**Furnace** | $0.00 | **25% RCV** | $300.00 |
| **Equipment at Storage**<br>**(Closing Period 11/20/2017)**<br>**See Addendum A** | $7,963.64 | **See Addendum A** | $9,933.34 |

51.    **Total of Part 8.**                                                                     | $669,244.34 |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **BARTLETT MANAGEMENT PEORIA, INC.** | Case number *(If known)*  **17-71893** |
|---|---|---|
| | Name | |

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **KFC # 41**<br>**CLINTON: 80 Clinton Plaza, Clinton, IL 61727-2100**<br>**DEWITT COUNTY** | Fee simple | $74,187.82 | Assessors FMV | $370,329.00 |
| 55.2.    **KFC # 42**<br>**NORTH ALLEN ROAD**<br>**PEORIA COUNTY**<br>**8905 North Allen Road, Peoria, IL 61615-1534** | Fee simple | $434,059.03 | Assessor FMV | $723,720.00 |
| 55.3.    **Office: 70 Clinton Plaza**<br>**Clinton, IL 61727**<br>**Parcel #**<br>**07-33-200-062** | Fee Simple | $149,772.44 | Assessor FMV | $302,178.00 |
| 55.4.    **KFC #22 WATSEKA**<br>**800 W Walnut St., Watseka, IL 60970-1182** | Leasehold Interest | $0.00 | | Unknown |
| 55.5.    **KFC #34 WESTERN AVE.**<br>**603 N. Western Ave., Peoria, IL 61604-5123** | Leasehold Interest | $0.00 | | Unknown |
| 55.6.    **KFC #35 BARTONVILLE**<br>**5601 Washington St., Bartonville, IL 61607-2009** | Leasehold Interest | $0.00 | | Unknown |
| 55.7.    **KFC #36 WEST GLEN**<br>**2231 W. Glen Ave., Peoria, IL 61614-4561** | Leasehold Interest | $0.00 | | Unknown |
| 55.8.    **KFC #38 PEKIN**<br>**3485 Court St., Pekin, IL 61554-6236** | Leasehold Interest | $0.00 | | Unknown |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **BARTLETT MANAGEMENT PEORIA, INC.** | Case number *(If known)* | **17-71893** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.9. | **KFC #39 WASHINGTON** 1106 Peoria St., Washington, IL 61571-2351 | Leasehold Interest | $0.00 | Unknown |
| 55.10. | **KFC #37 MORTON** 927 W. Jackson St. , Morton, IL 61550-1567 | Leasehold Interest | $0.00 | Unknown |
| 55.11. | **Equipment in Storage:  See attached Addendum A** | | $7,963.46 | See Addendum A | $9,933.34 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$1,406,160.34

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** Franchise Agreements | $67,293.28 | | Unknown |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** HLB Loan Costs | $6,008.85 | | Unknown |
| Covenant not to compete; organizational costs | $0.00 | | $0.00 |
| 65.    **Goodwill** | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **BARTLETT MANAGEMENT PEORIA, INC.** | Case number *(If known)* **17-71893** |
|---|---|---|
| | Name | |

| Goodwill | $330,277.77 | Unknown |
|---|---|---|

| 66. | **Total of Part 10.** | | $0.00 |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **BARTLETT MANAGEMENT PEORIA, INC.** | Case number *(If known)* **17-71893** |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $28,291.65 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $50.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $63,013.38 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,327.50 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $669,244.34 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $1,406,160.34 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $764,926.87 | + 91b. $1,406,160.34 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92          $2,171,087.21

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Addendum A to Property Schedule A/B
Bartlett Management Peoria, Inc.
Equipment

| ASSET_ACCT | DESCRIPTION | ACQUIRED | BASIS | ACCUM_DEPR | NET BOOK VAL | CURRENT VAL | % APPLIED |
|---|---|---|---|---|---|---|---|
| KFC#22 | 8-HD HENNY PENNY COOKER | 10/11/01 | 7,289.96 | 7,289.96 | 0.00 | 729.00 | 0.1 |
| KFC#22 | PITCO OPEN FRYER | 10/11/01 | 2,125.00 | 2,125.00 | 0.00 | 212.50 | 0.1 |
| KFC#22 | 20 QT. MIXER | 06/16/03 | 2,625.13 | 2,625.13 | 0.00 | 262.51 | 0.1 |
| KFC#22 | FRYER COMPUTER RETRO KIT | 12/08/03 | 873.08 | 873.08 | 0.00 | 87.31 | 0.1 |
| KFC#22 | BLODGETT OVEN | 11/11/10 | 3,037.00 | 3,037.00 | 0.00 | 303.70 | 0.1 |
| KFC#22 | MIXER PEDESTAL | 04/12/11 | 1,630.27 | 1,630.27 | 0.00 | 163.03 | 0.1 |
| KFC#22 | EQUIPMENT PKG - REBUILD | 06/08/11 | 329,598.17 | 329,598.17 | 0.00 | 32,959.82 | 0.1 |
| KFC#22 | HUMIDITY HLDG CABINETS | 07/20/12 | 12,703.90 | 12,703.90 | 0.00 | 1,270.39 | 0.1 |
| KFC#22 | MERIT REGISTER SYSTEM | 01/13/13 | 21,632.72 | 19,341.44 | 2,291.28 | 4,326.54 | 0.2 |
| KFC#22 | PANASONIC WIRELESS HDSTS | 06/15/13 | 3,537.06 | 3,162.44 | 374.62 | 353.71 | 0.1 |
| KFC#22 | BUNN HOT WATER MACHINE | 11/20/13 | 721.78 | 645.34 | 76.44 | 72.18 | 0.1 |
| KFC#22 | SHARP MICROWAVE OVEN | 12/19/14 | 1,012.92 | 789.16 | 223.76 | 101.29 | 0.1 |
| KFC#22 | U/C DELFIELD FREEZER | 03/23/16 | 1,107.76 | 428.33 | 679.43 | 553.88 | 0.5 |
| KFC#22 | KFC PACKLINE | 06/01/17 | 3,586.34 | 537.96 | 3,048.38 | 717.27 | 0.2 |
| **EQP KFC#22 Total** | | | **391,481.09** | **384,787.18** | **6,693.91** | **42,113.13** | |
| KFC#34 | FRYER GAS VALVE ASSY | 11/01/14 | 2,248.29 | 1,837.79 | 410.50 | 224.83 | 0.1 |
| KFC#34 | EQUIPMENT AT ACQUISITION | 01/02/98 | 45,714.29 | 45,714.29 | 0.00 | 4,571.43 | 0.1 |
| KFC#34 | BISCUIT OVEN | 05/19/98 | 1,033.82 | 1,033.82 | 0.00 | 103.38 | 0.1 |
| KFC#34 | EQUIPMENT - NEW | 08/25/01 | 224,974.05 | 224,974.05 | 0.00 | 22,497.41 | 0.1 |
| KFC#34 | FRYER LID ASSEMBLY | 11/01/06 | 1,033.06 | 1,033.06 | 0.00 | 103.31 | 0.1 |
| KFC#34 | PYLON/MUG/DIRECTION SGNS | 06/01/08 | 9,540.60 | 9,540.60 | 0.00 | 954.06 | 0.1 |
| KFC#34 | SHARP MICROWAVE-2100WATT | 05/07/09 | 991.98 | 991.98 | 0.00 | 99.20 | 0.1 |
| KFC#34 | KGC BLODGETT OVEN PKG | 04/15/09 | 12,151.68 | 12,151.68 | 0.00 | 1,215.17 | 0.1 |
| KFC#34 | DLFLD U/C REFRIGERATOR | 09/08/11 | 863.44 | 863.44 | 0.00 | 86.34 | 0.1 |
| KFC#34 | HUMIDITY HLDG CABINETS | 07/13/12 | 12,950.48 | 12,950.48 | 0.00 | 1,295.05 | 0.1 |
| KFC#34 | MERIT REGISTER SYSTEM | 01/07/13 | 22,884.76 | 21,338.13 | 1,546.63 | 4,576.95 | 0.2 |
| KFC#34 | PANASONIC WIRELESS HDSTS | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| KFC#34 | FLTR MACH PMP/MTR ASSY | 06/09/14 | 1,056.12 | 863.29 | 192.83 | 105.61 | 0.1 |
| KFC#34 | HEATCRAFT EVAPORATOR | 10/01/14 | 2,595.00 | 2,121.21 | 473.79 | 259.50 | 0.1 |
| KFC#34 | PITCO FRYER PUMP/MOTOR | 01/16/17 | 1,182.95 | 216.88 | 966.07 | 118.30 | 0.1 |
| KFC#34 | FIREKING SAFE | 02/02/17 | 2,400.31 | 436.42 | 1,963.89 | 1,200.16 | 0.5 |
| KFC#34 | KFC PACKLINE | 06/01/17 | 5,153.89 | 773.09 | 4,380.80 | 1030.78 | 0.2 |
| **EQP KFC#34 Total** | | | **350,311.78** | **340,138.23** | **10,173.55** | **38,795.19** | |
| KFC#35 | EQUIPMENT AT ACQUISITION | 01/02/98 | 45,714.29 | 45,714.29 | 0.00 | 4,571.43 | 0.1 |
| KFC#35 | SEATING PACKAGE | 04/05/99 | 34,767.62 | 34,767.62 | 0.00 | 3,476.76 | 0.1 |
| KFC#35 | ARTWORK | 06/04/99 | 2,493.46 | 2,493.46 | 0.00 | 249.35 | 0.1 |
| KFC#35 | MENUBOARD | 09/13/99 | 4,402.14 | 4,402.14 | 0.00 | 440.21 | 0.1 |
| KFC#35 | INTERIOR PANEL-MENUBOARD | 04/21/00 | 1,033.63 | 1,033.63 | 0.00 | 103.36 | 0.1 |
| KFC#35 | POWER SOAKER SINK | 10/11/01 | 4,256.33 | 4,256.33 | 0.00 | 425.63 | 0.1 |
| KFC#35 | CINCY SAFE | 05/24/02 | 1,554.51 | 1,554.51 | 0.00 | 155.45 | 0.1 |
| KFC#35 | OPEN FRYER | 07/19/05 | 1,695.10 | 1,695.10 | 0.00 | 169.51 | 0.1 |
| KFC#35 | MNTWC ICE MACHINE | 08/02/06 | 3,218.19 | 3,218.19 | 0.00 | 321.82 | 0.1 |
| KFC#35 | HIGHWAY SIGNS | 04/02/08 | 6,656.24 | 6,656.24 | 0.00 | 665.62 | 0.1 |
| KFC#35 | PYLON/MUG/DIRECTION SGNS | 06/01/08 | 8,565.05 | 8,565.05 | 0.00 | 856.51 | 0.1 |
| KFC#35 | KGC BLODGETT OVEN PKG | 04/16/09 | 12,151.68 | 12,151.68 | 0.00 | 1,215.17 | 0.1 |
| KFC#35 | HUMIDITY HLDG CABINETS | 07/06/12 | 12,950.48 | 12,950.48 | 0.00 | 1,295.05 | 0.1 |
| KFC#35 | FLTR MACH PUMP ASSY | 08/13/12 | 1,563.75 | 1,563.75 | 0.00 | 156.38 | 0.1 |
| KFC#35 | PITCO FLTR MCH PUMP/MTR | 12/28/12 | 1,158.60 | 1,153.00 | 5.60 | 115.86 | 0.1 |
| KFC#35 | MERIT REGISTER SYSTEM | 01/23/13 | 19,193.00 | 17,895.89 | 1,297.11 | 3,838.60 | 0.2 |
| KFC#35 | PANASONIC WIRELESS HDSTS | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| KFC#35 | FRYER CONDESATE/SOLENOID | 06/01/14 | 2,780.63 | 2,272.94 | 507.69 | 278.06 | 0.1 |
| KFC#35 | FRYER SOLENOID | 06/27/14 | 999.97 | 817.39 | 182.58 | 100.00 | 0.1 |
| KFC#35 | FRYER LID/VALVE | 12/09/15 | 5,235.52 | 3,643.93 | 1,591.59 | 1,047.10 | 0.2 |
| KFC#35 | SHARP MICROWAVE OVEN | 10/10/16 | 1,016.64 | 501.54 | 515.10 | 508.32 | 0.5 |
| KFC#35 | HOT WATER MACHINE | 02/03/17 | 1,218.10 | 221.48 | 996.62 | 609.05 | 0.5 |
| KFC#35 | KFC PACKLINE | 06/01/17 | 7,179.22 | 1,076.88 | 6,102.34 | 1435.84 | 0.2 |
| **EQP KFC#35 Total** | | | **183,341.21** | **171,903.54** | **11,437.67** | **22,388.79** | |
| KFC#36 | EQUIPMENT AT ACQUISITION | 01/02/98 | 45,714.29 | 45,714.29 | 0.00 | 4,571.43 | 0.1 |
| KFC#36 | FRYER COMPUTER | 07/05/02 | 1,090.18 | 1,090.18 | 0.00 | 109.02 | 0.1 |
| KFC#36 | KGC BLODGETT OVEN PKG | 04/15/09 | 12,174.35 | 12,174.35 | 0.00 | 1,217.44 | 0.1 |
| KFC#36 | RI COOLER EVAPORATOR | 07/01/10 | 2,644.00 | 2,644.00 | 0.00 | 264.40 | 0.1 |
| KFC#36 | INTEGRATED ASSY LINE | 05/02/11 | 4,000.00 | 4,000.00 | 0.00 | 400.00 | 0.1 |
| KFC#36 | CVO RELAY BOARD | 08/08/11 | 2,205.51 | 2,205.51 | 0.00 | 220.55 | 0.1 |
| KFC#36 | REMODEL-EQUIP | 12/23/11 | 158,626.73 | 158,626.73 | 0.00 | 15,862.67 | 0.1 |
| KFC#36 | FLTR MACH PUMP&MTR ASSY | 01/01/12 | 694.72 | 694.72 | 0.00 | 69.47 | 0.1 |
| KFC#36 | DRIVE THRU MENUBOARD | 01/09/12 | 928.44 | 928.44 | 0.00 | 92.84 | 0.1 |
| KFC#36 | HP FRYER RELAY BOARD | 03/01/12 | 1,331.74 | 1,331.74 | 0.00 | 133.17 | 0.1 |
| KFC#36 | REMODEL ADDITIONS | 01/25/12 | 11,260.89 | 11,260.89 | 0.00 | 1,126.09 | 0.1 |
| KFC#36 | MERIT REGISTER SYSTEM | 01/08/13 | 22,954.17 | 21,402.85 | 1,551.32 | 4,590.83 | 0.2 |
| KFC#36 | PANASONIC WIRELESS HDSTS | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| KFC#36 | BUNN HOT WATER MACHINE | 11/08/13 | 702.72 | 655.22 | 47.50 | 70.27 | 0.1 |
| KFC#36 | HP FLTR MCH PMP/MTR ASSY | 03/14/14 | 1,436.52 | 1,174.24 | 262.28 | 143.65 | 0.1 |
| **EQP KFC#36 Total** | | | **269,301.32** | **267,201.18** | **2,100.14** | **29,225.54** | |
| KFC#37 | EQUIPMENT - NEW REST. | 01/02/00 | 308,775.44 | 308,775.44 | 0.00 | 30,877.54 | 0.1 |
| KFC#37 | 8HD HP FRYER | 07/22/02 | 6,375.00 | 6,375.00 | 0.00 | 637.50 | 0.1 |

Addendum A to Property Schedule A/B
Barltett Management Peoria, Inc.
Equipment

| ASSET_ACCT | DESCRIPTION | ACQUIRED | BASIS | ACCUM_DEPR | NET BOOK VAL | CURRENT VAL | % APPLIED |
|---|---|---|---|---|---|---|---|
| KFC#37 | PITCO FILTER MACHINE | 07/19/03 | 1,000.00 | 1,000.00 | 0.00 | 100.00 | 0.1 |
| KFC#37 | SAFE | 09/25/07 | 1,596.00 | 1,596.00 | 0.00 | 159.60 | 0.1 |
| KFC#37 | HOBART MIXER-20 QT | 09/24/07 | 3,153.13 | 3,153.13 | 0.00 | 315.31 | 0.1 |
| KFC#37 | HIGHWAY SIGNS | 04/02/08 | 6,656.24 | 6,656.24 | 0.00 | 665.62 | 0.1 |
| KFC#37 | PYLON/MUG/DIRECTION SGNS | 06/01/08 | 15,287.76 | 15,287.76 | 0.00 | 1,528.78 | 0.1 |
| KFC#37 | SEATING PACKAGE | 09/01/08 | 45,689.59 | 45,689.59 | 0.00 | 4,568.96 | 0.1 |
| KFC#37 | MANITOWOC ICE MACHINE | 06/11/12 | 6,375.24 | 6,375.24 | 0.00 | 637.52 | 0.1 |
| KFC#37 | HUMIDITY HLDG CABINETS | 07/06/12 | 12,958.81 | 12,958.81 | 0.00 | 1,295.88 | 0.1 |
| KFC#37 | CVO RELAY BOARD | 09/01/12 | 1,513.57 | 1,513.57 | 0.00 | 151.36 | 0.1 |
| KFC#37 | MERIT REGISTER SYSTM | 12/01/12 | 22,919.23 | 22,808.46 | 110.77 | 4,583.85 | 0.2 |
| KFC#37 | PANASONIC WIRELESS HDSTS | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| KFC#37 | SALAD COOLER EVAPORATOR | 05/16/14 | 1,988.85 | 1,625.72 | 363.13 | 198.89 | 0.1 |
| KFC#37 | FOG TANK    #37 | 10/12/15 | 2,544.05 | 1,770.67 | 773.38 | 254.41 | 0.1 |
| KFC#37 | FRYR FLTR PUMP/MTR | 02/01/17 | 1,944.68 | 353.59 | 1,591.09 | 194.47 | 0.1 |
| KFC#37 | KFC PACKLINE | 06/01/17 | 3,298.50 | 494.78 | 2,803.72 | 659.7 | 0.2 |
| KFC#37 | DELL BACK OFFICE COMPUTR | 10/03/17 | 1,142.52 | 152.34 | 990.18 | 856.89 | 0.75 |
| **EQP KFC#37 Total** | | | **446,755.67** | **439,884.36** | **6,871.31** | **48,039.99** | |
| KFC#38 | EQUIPMENT AT ACQUISITION | 01/02/98 | 45,714.29 | 45,714.29 | 0.00 | 4,571.43 | 0.1 |
| KFC#38 | D-T MENUBOARD & SPEAKERS | 07/12/00 | 6,066.68 | 6,066.68 | 0.00 | 606.67 | 0.1 |
| KFC#38 | FRYMASTER GAS FRYER | 07/09/02 | 2,127.66 | 2,127.66 | 0.00 | 212.77 | 0.1 |
| KFC#38 | FAST FRYER CONTROLLER | 09/25/02 | 732.07 | 732.07 | 0.00 | 73.21 | 0.1 |
| KFC#38 | PITCO FILTER MACHINE | 07/19/03 | 550.00 | 550.00 | 0.00 | 55.00 | 0.1 |
| KFC#38 | HME D/T TIMER SYSTEM | 07/16/03 | 1,938.15 | 1,938.15 | 0.00 | 193.82 | 0.1 |
| KFC#38 | DP-250 DROP SAFE | 12/22/03 | 963.94 | 963.94 | 0.00 | 96.39 | 0.1 |
| KFC#38 | HP PORTABLE FILTER UNIT | 12/04/03 | 1,483.60 | 1,483.60 | 0.00 | 148.36 | 0.1 |
| KFC#38 | MARK IV OVEN | 04/01/04 | 1,520.09 | 1,520.09 | 0.00 | 152.01 | 0.1 |
| KFC#38 | MNTWC ICE MACHINE | 09/06/05 | 3,018.70 | 3,018.70 | 0.00 | 301.87 | 0.1 |
| KFC#38 | REMODEL-EQUIP UPGRADE | 09/01/07 | 75,729.85 | 75,729.85 | 0.00 | 7,572.99 | 0.1 |
| KFC#38 | UPRIGHT FREEZER | 04/15/08 | 1,338.26 | 1,338.26 | 0.00 | 133.83 | 0.1 |
| KFC#38 | MICROWAVE STATION | 05/02/08 | 900.55 | 900.55 | 0.00 | 90.06 | 0.1 |
| KFC#38 | KGC BLODGETT OVEN PKG | 04/16/09 | 12,478.10 | 12,478.10 | 0.00 | 1,247.81 | 0.1 |
| KFC#38 | HUMIDITY HLDG CABINETS | 07/06/12 | 12,958.81 | 12,958.81 | 0.00 | 1,295.88 | 0.1 |
| KFC#38 | FILTER MACHINE SCREEN | 09/01/12 | 705.95 | 705.95 | 0.00 | 70.60 | 0.1 |
| KFC#38 | FLTR MACH PUMP&MTR ASSY | 10/11/12 | 1,029.96 | 1,029.96 | 0.00 | 103.00 | 0.1 |
| KFC#38 | MERIT REGISTER SYSTEM | 01/15/13 | 22,817.28 | 21,275.23 | 1,542.05 | 4,563.46 | 0.2 |
| KFC#38 | PANASONIC WIRELESS HDSTS | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| KFC#38 | SHARP MICROWAVE OVEN | 11/18/13 | 1,018.96 | 950.10 | 68.86 | 101.90 | 0.1 |
| KFC#38 | FRYER LID/SOLENOID | 07/18/14 | 3,395.46 | 2,775.51 | 619.95 | 339.55 | 0.1 |
| KFC#38 | FLTR MACH PUMP/MTR ASSY | 08/01/14 | 1,603.00 | 1,310.33 | 292.67 | 160.30 | 0.1 |
| KFC#38 | KFC PACKLINE | 06/01/17 | 8,567.04 | 1,285.06 | 7,281.98 | 1713.408 | 0.2 |
| **EQP KFC#38 Total** | | | **210,195.46** | **200,150.91** | **10,044.55** | **24,158.03** | |
| KFC#39 | D-T MENUBOARD & SPEAKERS | 07/12/00 | 5,149.18 | 5,149.18 | 0.00 | 514.92 | 0.1 |
| KFC#39 | SUPERIOR COMMERCIAL SAFE | 11/10/03 | 942.69 | 942.69 | 0.00 | 94.27 | 0.1 |
| KFC#39 | 4-USED FRYERS | 04/01/10 | 7,500.00 | 7,500.00 | 0.00 | 750.00 | 0.1 |
| KFC#39 | EQUIP PKG-REBUILD | 12/11/10 | 189,387.93 | 189,387.93 | 0.00 | 18,938.79 | 0.1 |
| KFC#39 | FRYER PUMP&MOTOR ASSY | 03/14/12 | 1,169.96 | 1,169.96 | 0.00 | 117.00 | 0.1 |
| KFC#39 | HUMIDITY HLDG CABINETS | 07/13/12 | 12,711.84 | 12,711.84 | 0.00 | 1,271.18 | 0.1 |
| KFC#39 | FLTR MACH PUMP&MTR ASSY | 09/14/12 | 1,007.96 | 1,007.96 | 0.00 | 100.80 | 0.1 |
| KFC#39 | MERIT REGISTER SYSTEM | 01/22/13 | 23,566.57 | 21,973.87 | 1,592.70 | 4,713.31 | 0.2 |
| KFC#39 | PITCO FRYER RETURN HOSE | 02/11/13 | 1,309.22 | 1,220.74 | 88.48 | 130.92 | 0.1 |
| KFC#39 | PANASONIC WIRELESS HDSTS | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| KFC#39 | FLTR MACH PUMP/MTR ASSY | 05/08/14 | 1,196.12 | 977.73 | 218.39 | 119.61 | 0.1 |
| KFC#39 | USED 8HD FRYER | 04/16/15 | 2,140.00 | 1,489.44 | 650.56 | 214.00 | 0.1 |
| KFC#39 | WARMER CONTROL/DISPLAY | 11/10/16 | 1,391.31 | 686.38 | 704.93 | 139.13 | 0.1 |
| **EQP KFC#39 Total** | | | **251,009.84** | **247,515.74** | **3,494.10** | **27,457.64** | |
| KFC#41 | CINCY SAFE | 03/01/05 | 1,628.53 | 1,628.53 | 0.00 | 162.85 | 0.1 |
| KFC#41 | SHELVING | 03/01/05 | 1,224.90 | 1,224.90 | 0.00 | 122.49 | 0.1 |
| KFC#41 | 2-OPEN FRYERS | 03/01/05 | 2,125.00 | 2,125.00 | 0.00 | 212.50 | 0.1 |
| KFC#41 | DOUBLE BREADING TABLE | 03/01/05 | 4,151.81 | 4,151.81 | 0.00 | 415.18 | 0.1 |
| KFC#41 | EQUIPMENT & FURNISHINGS | 03/03/05 | 150,000.00 | 150,000.00 | 0.00 | 15,000.00 | 0.1 |
| KFC#41 | KFC/TACO BELL EQUIP PKG | 01/14/08 | 275,268.69 | 275,268.69 | 0.00 | 27,526.87 | 0.1 |
| KFC#41 | HUMIDITY HLDG CABINETS | 07/20/12 | 12,947.77 | 12,947.77 | 0.00 | 1,294.78 | 0.1 |
| KFC#41 | MERIT REGISTER SYSTM | 12/01/12 | 24,279.84 | 24,162.49 | 117.35 | 4,855.97 | 0.2 |
| KFC#41 | PANASONIC WIRELESS HDSTS | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| KFC#41 | FLTR MACH PUMP/MTR ASSY | 06/26/13 | 1,541.29 | 1,437.13 | 104.16 | 154.13 | 0.1 |
| KFC#41 | BUNN HOT WATER MACHINE | 01/01/14 | 721.74 | 589.97 | 131.77 | 72.17 | 0.1 |
| KFC#41 | MTNWC ICE MACHINE | 04/07/15 | 6,392.81 | 4,449.40 | 1,943.41 | 3,196.41 | 0.5 |
| KFC#41 | EVO | 03/01/15 | 16,796.99 | 11,690.71 | 5,106.28 | 11,757.89 | 0.7 |
| KFC#41 | PREP TABLE EVAP COIL | 10/20/16 | 1,548.00 | 763.68 | 784.32 | 774.00 | 0.5 |
| KFC#41 | KFC PACKLINE | 06/01/17 | 11,035.76 | 1,655.37 | 9,380.39 | 2207.152 | 0.2 |
| KFC#41 | DELL BACK OFFICE COMPUTR | 10/03/17 | 1,142.52 | 152.34 | 990.18 | 856.89 | 0.75 |
| **EQP KFC#41 Total** | | | **514,342.71** | **495,545.81** | **18,796.90** | **68,962.99** | |
| KFC#42 | INITIAL EQUIPMENT PKG | 11/12/07 | 421,420.48 | 421,420.48 | 0.00 | 42,142.05 | 0.1 |
| KFC#42 | EQUIP PKG ADDITIONS | 01/02/08 | 11,349.78 | 11,349.78 | 0.00 | 1,134.98 | 0.1 |
| KFC#42 | HIGHWAY SIGNS | 04/20/08 | 3,443.02 | 3,443.02 | 0.00 | 344.30 | 0.1 |

Addendum A to Property Schedule A/B
Barltett Management Peoria, Inc.
Equipment

| ASSET_ACCT | DESCRIPTION | ACQUIRED | BASIS | ACCUM_DEPR | NET BOOK VAL | CURRENT VAL | % APPLIED |
|---|---|---|---|---|---|---|---|
| KFC#42 | KGC BLODGETT OVEN PKG | 04/16/09 | 12,151.68 | 12,151.68 | 0.00 | 1,215.17 | 0.1 |
| KFC#42 | HUMIDITY HLDG CABINETS | 07/13/12 | 12,950.48 | 12,950.48 | 0.00 | 1,295.05 | 0.1 |
| KFC#42 | MERIT REGISTER SYSTEM | 01/06/13 | 22,746.69 | 21,209.40 | 1,537.29 | 4,549.34 | 0.2 |
| KFC#42 | DLFLD U/C REFRIGERATOR | 04/26/13 | 968.74 | 903.29 | 65.45 | 96.87 | 0.1 |
| KFC#42 | HOT WELL ASSY-0610D00493 | 07/23/14 | 1,491.24 | 1,218.97 | 272.27 | 149.12 | 0.1 |
| KFC#42 | HOT WELL ASSY-0610D6318 | 08/01/14 | 1,388.56 | 1,135.03 | 253.53 | 138.86 | 0.1 |
| KFC#42 | COOLER EVAPORATER | 09/15/16 | 2,498.30 | 1,232.50 | 1,265.80 | 249.83 | 0.1 |
| KFC#42 | FRYER CONT AIR KIT | 10/01/16 | 1,673.21 | 825.46 | 847.75 | 167.32 | 0.1 |
| KFC#42 | HP FRYER PUMP/MTR | 11/10/16 | 1,782.95 | 879.59 | 903.36 | 178.30 | 0.1 |
| KFC#42 | PITCO FRYER PUMP/MOTOR | 04/19/17 | 2,562.58 | 455.58 | 2,107.00 | 256.26 | 0.1 |
| **EQP KFC#42 Total** | | | **496,427.71** | **489,175.26** | **7,252.45** | **51,917.45** | |
| | | | | | | | |
| STORAGE | PACKLINE STORE #40 | 07/01/17 | 683.29 | 42,233.71 | 3,416.40 | 409.97 | 0.1 |
| STORAGE | KGC BLODGETT OVEN PKG | 04/16/09 | 12,174.35 | 27,744.65 | | 1,217.44 | 0.1 |
| STORAGE | HUMIDITY HLDG CABINETS | 07/06/12 | 12,958.81 | 28,137.19 | | 1,295.88 | 0.1 |
| STORAGE | MERIT REGISTER SYSTEM | 01/16/13 | 21,450.43 | 19,839.57 | 1,504.94 | 4,591.07 | 0.2 |
| STORAGE | PANASONIC WIRELESS HDSTS | 06/15/13 | 3,305.18 | 38,134.82 | 231.88 | 353.71 | 0.1 |
| STORAGE | MANITOWOC ICE MACHINE | 04/02/14 | 1,320.30 | 40,410.70 | 2,810.24 | 2,065.27 | 0.5 |
| | | | 51,892.36 | 196,500.64 | 7,963.46 | 9,933.34 | |

**Addendum B to Property Schedule A/B**
**Bartlett Management Peoria, Inc**
**Leasehold Improvements**

| ASSET_ACCT | DESCRIPTION | ACQUIRED | BASIS | NET BOOK VALUE | ESTIMATED REPLACEMENT COST VALUE (RCV) | CURRENT VALUE 25% RCV |
|---|---|---|---|---|---|---|
| KFC#22 | REBUILD - L/H        72.5% | 06/08/11 | 76,130.00 | 42,002.66 | $76,130.00 | $19,032.50 |
| | REBUILD - L/H        27.5 | 06/08/11 | 28,876.68 | 0.00 | $28,900.00 | $7,225.00 |
| | WI FRZR DOOR        72.5% | 12/16/13 | 2,033.00 | 1,355.24 | $2,050.00 | $512.50 |
| | WI FRZR DOOR        27.5% | 12/16/13 | 770.74 | 52.07 | $770.00 | $192.50 |
| | EXHAUST FAN        72.5% | 02/16/17 | 1,713.00 | 1,551.40 | $1,713.00 | $428.25 |
| | EXHAUST FAN        27.5% | 02/16/17 | 650.00 | 531.81 | $650.00 | $162.50 |
| **Total** | | | **110,173.42** | **45,493.18** | **$110,213.00** | **$27,553.25** |
| | | | | | | |
| KFC#34 | A/C COMPRESSOR | 06/12/17 | 1,568.00 | 1,513.64 | $1,575.00 | $393.75 |
| | A/C COMPRESSOR | 06/12/17 | 594.85 | 492.87 | $595.00 | $148.75 |
| **Total** | | | **2,162.85** | **2,006.51** | **$2,170.00** | **$542.50** |
| | | | | | | |
| KFC#35 | NEW AOS WATER HEATER | 06/01/17 | 4,566.00 | 4,408.56 | $4,575.00 | $1,143.75 |
| | NEW AOS WATER HEATER | 06/01/17 | 1,732.57 | 1,435.56 | $1,750.00 | $437.50 |
| **Total** | | | **6,298.57** | **5,844.12** | **$6,325.00** | **$1,581.25** |
| | | | | | | |
| KFC#36 | DUCTWORK TO BATHROOM | 01/23/98 | 878.00 | 428.10 | $878.00 | $219.50 |
| | HAND SINK | 03/20/98 | 2,274.41 | 1,119.19 | $1,130.00 | $282.50 |
| | TOUCHLESS FAUCET | 06/30/98 | 905.17 | 451.45 | $900.00 | $225.00 |
| | ASPHALT IMPROVEMENTS | 08/03/98 | 1,425.00 | 0.00 | $1,425.00 | $356.25 |
| | 6' STOCKADE FENCING | 04/05/99 | 1,602.30 | 833.26 | $1,602.00 | $400.50 |
| | WALK-IN COMPRESSOR | 04/01/02 | 1,911.40 | 1,185.82 | $950.00 | $237.50 |
| | WI COOLER DOOR | 03/19/03 | 3,415.83 | 2,177.23 | $1,910.00 | $477.50 |
| | COPELAND COMPRESSOR | 11/13/03 | 2,513.94 | 1,634.46 | $340.00 | $85.00 |
| | UPGRADE FIRE SYSTEM | 05/19/04 | 6,387.67 | 4,234.57 | $2,500.00 | $625.00 |
| | BATHROOM REMODEL | 11/12/04 | 1,217.19 | 799.26 | $6,400.00 | $1,600.00 |
| | STEEL DOOR & FRAME | 08/01/04 | 1,107.69 | 0.00 | $1,200.00 | $300.00 |
| | QKSRV D/T WINDOW | 04/11/07 | 1,173.00 | 0.00 | $1,100.00 | $275.00 |
| | HEAT EXCHANGER        72.5% | 01/01/09 | 445.33 | 0.00 | $1,175.00 | $293.75 |
| | HEAT EXCHANGER        27.5% | 01/01/09 | 644.00 | 0.00 | $450.00 | $112.50 |
| | RPLC GREASE TRAP  72.5% | 04/10/09 | 244.82 | 0.00 | $650.00 | $162.50 |
| | RPLC GREASE TRAP  27.5% | 04/10/09 | 1,340.00 | 0.00 | $250.00 | $62.50 |
| | LOBBY HEAT EXCHANGER72.5 | 01/14/11 | 508.00 | 0.00 | $1,340.00 | $335.00 |
| | LOBBY HEAT EXCHANGER27.5 | 01/14/11 | 1,333.00 | 1,286.74 | $508.00 | $127.00 |
| | WIF COMPRESSOR | 06/16/17 | 505.30 | 418.67 | $1,350.00 | $337.50 |
| | WIF COMPRESSOR | 06/16/17 | 505.30 | 490.86 | $505.00 | $126.25 |
| | WIF EVAP/COMP | 08/01/17 | 2,410.00 | 2,353.64 | $2,500.00 | $625.00 |
| | WIF EVAP/COMP | 08/01/17 | 913.95 | 767.71 | $250.00 | $62.50 |
| | WIF COMPRESSOR        72.5% | 11/07/17 | 1,561.00 | 1,551.71 | $1,700.00 | $425.00 |
| | WIF COMPRESSOR        27.5% | 11/07/17 | 592.50 | 533.25 | $650.00 | $162.50 |
| **Total** | | | **35,814.80** | **20,265.92** | **31,663.00** | **7,915.75** |
| | | | | | | |
| KFC#37 | 4 TON A/C CONDENSING UNT | 05/01/98 | 2,250.00 | 1,117.23 | $2,250.00 | $562.50 |
| | O/S AIR TO EXHAUST HOODS | 05/12/98 | 1,409.37 | 700.16 | $1,400.00 | $350.00 |
| | TOUCHLESS FAUCET | 06/30/98 | 612.98 | 305.37 | $650.00 | $162.50 |
| | RE-PAVE BACK PARKING LOT | 12/07/01 | 4,915.00 | 0.00 | $4,900.00 | $1,225.00 |
| | BUFFET COUNTERTOP | 03/27/02 | 717.73 | 427.03 | $725.00 | $181.25 |
| | WATER HEATER INSTALLATN | 06/28/02 | 2,889.00 | 1,736.41 | $2,900.00 | $725.00 |
| | ANSUL SYSTEM | 09/01/06 | 1,395.00 | 990.67 | $1,400.00 | $350.00 |
| | POWER SOAK SINK    72.5% | 06/12/07 | 5,989.00 | 4,367.00 | $6,000.00 | $1,500.00 |
| | POWER SOAK SINK    27.5% | 06/12/07 | 2,272.32 | 0.00 | $2,300.00 | $575.00 |
| | AWNINGS/INTERIOR  72.5% | 09/01/08 | 39,725.00 | 30,303.32 | $39,800.00 | $9,950.00 |
| | AWNINGS/INTERIOR  27.5% | 09/01/08 | 15,067.61 | 0.00 | $15,100.00 | $3,775.00 |
| | WTR HTR AIR BLOWER 72.5% | 02/05/13 | 924.00 | 578.32 | $925.00 | $231.25 |
| | WTR HTR AIR BLOWER 27.5% | 02/05/13 | 350.21 | 23.67 | $350.00 | $87.50 |
| | HEAT EXCHANGER        72.5% | 12/10/14 | 1,883.00 | 1,373.24 | $1,900.00 | $475.00 |
| | HEAT EXCHANGER        27.5% | 12/10/14 | 714.25 | 130.40 | $725.00 | $181.25 |
| | HEAT EXCHANGER        72.5% | 12/10/14 | 1,883.00 | 1,373.24 | $1,900.00 | $475.00 |
| | HEAT EXCHANGER        27.5% | 12/10/14 | 714.25 | 130.40 | $725.00 | $181.25 |
| **Total** | | | **83,711.72** | **43,556.46** | **$83,950.00** | **$20,987.50** |
| | | | | | | |
| KFC#38 | TOUCHLESS FAUCET | 06/30/98 | 612.98 | 305.37 | $625.00 | $156.25 |
| | POWER SOAK SINK | 06/30/03 | 9,159.32 | 5,740.35 | $9,200.00 | $2,300.00 |
| | CUSTOM DRINK STATION | 09/24/03 | 3,003.13 | 1,901.29 | $3,000.00 | $750.00 |
| | CARRIER ROOFTOP UNIT | 01/14/04 | 5,448.75 | 3,496.11 | $5,450.00 | $1,362.50 |
| | A/C FAN MOTOR-KITCHEN | 08/11/05 | 1,040.00 | 459.61 | $1,040.00 | $260.00 |

**Addendum B to Property Schedule A/B**
**Bartlett Management Peoria, Inc**
**Leasehold Improvements**

| ASSET_ACCT | DESCRIPTION | ACQUIRED | BASIS | NET BOOK VALUE | ESTIMATED REPLACEMENT COST VALUE (RCV) | CURRENT VALUE 25% RCV |
|---|---|---|---|---|---|---|
| | GALV STEEL DOOR & FRAME | 12/12/05 | 1,459.25 | 654.31 | $1,460.00 | $365.00 |
| | ANSUL SYSTEM | 03/24/06 | 1,723.30 | 781.75 | $1,725.00 | $431.25 |
| | KTCHN FLOOR REMODEL 72.5 | 07/07/07 | 11,841.00 | 5,725.95 | $11,900.00 | $2,975.00 |
| | KTCHN FLOOR REMODEL 27.5 | 07/07/07 | 4,491.78 | 0.00 | $4,500.00 | $1,125.00 |
| | REMODEL          72.5% | 09/01/07 | 186,371.00 | 90,868.85 | $187,000.00 | $46,750.00 |
| | REMODEL          27.5% | 09/01/07 | 70,692.59 | 0.00 | $70,700.00 | $17,675.00 |
| | ADDT'L REMODEL EXP 72.5% | 01/02/08 | 3,346.00 | 1,658.58 | $3,400.00 | $850.00 |
| | ADDT'L REMODEL EXP 27.5% | 01/02/08 | 1,268.93 | 0.00 | $1,300.00 | $325.00 |
| | POWER SOAK SINK MTR 72.5 | 11/01/12 | 1,681.00 | 1,108.21 | $525.00 | $131.25 |
| | POWER SOAK SINK MTR 27.5 | 11/01/12 | 637.23 | 0.00 | $640.00 | $160.00 |
| | WI EVAPORATOR      72.5% | 09/01/13 | 2,079.00 | 1,451.70 | $565.00 | $141.25 |
| | WI EVAPORATOR      27.5% | 09/01/13 | 788.50 | 53.28 | $700.00 | $175.00 |
| | HEAT EXCHANGER     72.5% | 12/11/14 | 1,710.00 | 1,310.39 | $1,710.00 | $427.50 |
| | HEAT EXCHANGER     27.5% | 12/11/14 | 648.50 | 118.40 | $650.00 | $162.50 |
| | ASPHALT PARKING LOT 72.5 | 08/11/15 | 36,051.00 | 29,137.15 | $36,000.00 | $9,000.00 |
| | ASPHALT PARKING LOT 27.5 | 08/11/15 | 13,674.00 | 4,156.89 | $13,700.00 | $3,425.00 |
| | NEW AO SMITH WTR HEATER | 05/12/16 | 7,990.00 | 6,881.92 | $8,000.00 | $2,000.00 |
| | NEW AO SMITH WTR HEATER | 05/12/16 | 3,030.48 | 1,535.44 | $3,000.00 | $750.00 |
| | WALK-IN DOOR/PLATE | 09/15/16 | 3,193.00 | 2,851.82 | $3,200.00 | $800.00 |
| | WALK-IN DOOR/PLATE | 09/15/16 | 1,211.00 | 613.57 | $1,200.00 | $300.00 |
| **Total** | | | **373,151.74** | **160,810.94** | **$371,190.00** | **$92,797.50** |
| | | | | | | |
| KFC#39 | L/H PKG-REBUILD  (72.5%) | 12/11/10 | 32,752.00 | 23,232.28 | $8,950.00 | $2,237.50 |
| | L/H PKG-REBUILD  (27.5%) | 12/11/10 | 12,423.82 | 0.00 | $12,500.00 | $3,125.00 |
| | WI COMPRESSOR      72.5% | 02/21/14 | 1,626.00 | 1,327.92 | $1,650.00 | $412.50 |
| | WI COMPRESSOR      27.5% | 02/21/14 | 617.00 | 112.65 | $625.00 | $156.25 |
| **Total** | | | **47,418.82** | **24,672.85** | **$23,725.00** | **$5,931.25** |
| | | | | | | |
| KFC#41 | CUSTOM COUNTERTOP | 06/13/05 | 6,994.20 | 4,741.76 | $7,000.00 | $1,750.00 |
| | UPGRADE ANSUL SYSTEM | 10/01/06 | 982.00 | 699.70 | $990.00 | $247.50 |
| | CEILING REMODEL    72.5% | 09/01/07 | 1,773.00 | 1,304.24 | $1,775.00 | $443.75 |
| | CEILING REMODEL    27.5% | 09/01/07 | 672.42 | 0.00 | $675.00 | $168.75 |
| | KFC/TACO BELL RMDL  72.5 | 01/14/08 | 291,685.00 | 217,517.06 | $292,000.00 | $73,000.00 |
| | KFC/TACO BELL RMDL  27.5 | 01/14/08 | 110,639.31 | 0.00 | $111,000.00 | $27,750.00 |
| | AO SMITH HOT WTR HTR72.5 | 08/18/11 | 2,356.00 | 1,973.72 | $2,400.00 | $600.00 |
| | AO SMITH HOT WTR HTR27.5 | 08/18/11 | 894.00 | 0.00 | $9,000.00 | $2,250.00 |
| | SANITARY SEWER     72.5% | 06/15/12 | 8,107.00 | 6,963.88 | $8,100.00 | $2,025.00 |
| | SANITARY SEWER     27.5% | 06/15/12 | 3,075.40 | 0.00 | $3,100.00 | $775.00 |
| | MEN'S ROOM DOOR    72.5% | 01/01/13 | 1,139.00 | 995.63 | $1,150.00 | $287.50 |
| | MEN'S ROOM DOOR    27.5% | 01/01/13 | 432.54 | 29.23 | $450.00 | $112.50 |
| | TRANE ROOFTOP UNIT 72.5% | 03/18/13 | 9,171.00 | 8,053.80 | $9,200.00 | $2,300.00 |
| | TRANE ROOFTOP UNIT 27.5% | 03/18/13 | 3,479.00 | 235.11 | $3,500.00 | $875.00 |
| | SANITARY SEWER-ADDTN72.5 | 05/06/13 | 2,880.00 | 2,541.75 | $2,900.00 | $725.00 |
| | SANITARY SEWER-ADDTN27.5 | 05/06/13 | 1,092.90 | 73.86 | $1,100.00 | $275.00 |
| | RESEAL PARKING LOT 72.5% | 06/19/14 | 5,438.00 | 3,797.98 | $5,500.00 | $1,375.00 |
| | RESEAL PARKING LOT 27.5% | 06/19/14 | 2,062.00 | 376.49 | $2,100.00 | $525.00 |
| | REBUILD EXHAUST FAN 72.5 | 10/26/15 | 1,135.00 | 1,076.44 | $1,200.00 | $300.00 |
| | REBUILD EXHAUST FAN 27.5 | 10/26/15 | 431.00 | 131.02 | $450.00 | $112.50 |
| | CO2 DETECTER | 09/01/16 | 618.00 | 598.20 | $625.00 | $156.25 |
| | COS DETECTER | 09/15/16 | 234.14 | 118.63 | $250.00 | $62.50 |
| | LIFT STATION REPAIR | 12/14/16 | 2,019.00 | 1,967.28 | $2,100.00 | $525.00 |
| | LIFT STATION REPAIR | 12/14/16 | 765.28 | 387.73 | $765.00 | $191.25 |
| | LIFT STATION REPAIR | 08/01/17 | 766.00 | 759.44 | $800.00 | $200.00 |
| | LIFT STATION REPAIR | 08/01/17 | 290.93 | 244.37 | $300.00 | $75.00 |
| | WALK-IN COOLER DOOR | 08/01/17 | 4,040.00 | 4,005.48 | $4,100.00 | $1,025.00 |
| | WALK-IN COOLER DOOR | 08/01/17 | 1,532.00 | 1,286.88 | $1,600.00 | $400.00 |
| **Total** | | | **464,704.12** | **259,879.68** | **474,130.00** | **118,532.50** |
| | | | | | | |
| KFC#42 | WTR HTR BLOWER MTR 72.5% | 04/01/15 | 873.00 | 822.51 | $875.00 | $218.75 |
| | WTR HTR BLOWER MTR 27.5% | 04/01/15 | 331.33 | 127.23 | $335.00 | $83.75 |
| | WTR HTR BLOWER MTR | 08/02/17 | 925.00 | 917.08 | $950.00 | $237.50 |
| | 950WTR HTR BLOWER MTR3 | 08/02/17 | 351.15 | 294.96 | $375.00 | $93.75 |
| **Total** | | | **2,480.48** | **2,161.78** | **2,535.00** | **633.75** |
| | | | | | | |
| | | | | | | |

**Fill in this information to identify the case:**

Debtor name    **BARTLETT MANAGEMENT PEORIA, INC.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF ILLINOIS

Case number (if known)   **17-71893**

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Acura Financial Services** | Describe debtor's property that is subject to a lien | $38,356.69 | $29,477.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 5308
7500 N. Allen Road
Elgin, IL 60121-5308**

Creditor's mailing address

**2015 ACURA MDX TECH
mileage  39,609**

Describe the lien

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**None**

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

**9/20/2017**

Last 4 digits of account number

**0245**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.2 | **Bank of America** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**1231 Durrett Lane
Attention: Product Manager/Contract Mgr
Louisville, KY 40213**

Creditor's mailing address

**Each Transaction and its proceeds;
Heartland Bank Consolidated Cash Account
Delayed Settlement Account**

Describe the lien

**Security Interest**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**9887**

Do multiple creditors have an interest in the same property?

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **BARTLETT MANAGEMENT PEORIA, INC.** | Case number (if know) | **17-71893** |
|---|---|---|---|
| | Name | | |

☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Dewitt County Collector** | | |
|---|---|---|---|

Creditor's Name

**201 W. Washington St.**
**P.O. Box 439**
**Clinton, IL 61727**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/31/2016**

**Last 4 digits of account number**
**0062**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien    **$8,524.84**    **$302,178.00**

**Office: 70 Clinton Plaza**
**Clinton, IL 61727**
**Parcel # 07-33-200-062**

**Describe the lien**

**Property Tax Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Dewitt County Collector** | | |
|---|---|---|---|

Creditor's Name

**201 W. Washington St.**
**P.O. Box 439**
**Clinton, IL 61727**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/31/2016**

**Last 4 digits of account number**
**0025**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien    **$10,525.84**    **$370,329.00**

**KFC # 41**
**CLINTON: 80 Clinton Plaza, Clinton, IL**
**61727-2100**
**DEWITT COUNTY**

**Describe the lien**

**Property Tax Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Heartland Bank and Trust Company** | | |
|---|---|---|---|

Creditor's Name

**405 N. Hershey Road**
**Attn: Craig A. Orwig**
**Bloomington, IL 61704**

Creditor's mailing address

Describe debtor's property that is subject to a lien    **$4,986,917.56**    **$2,100,800.62**

**All Assets, Cross Collateralized**

**Describe the lien**

**Security Interest/Mortgage**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | BARTLETT MANAGEMENT PEORIA, INC. | Case number (if know) | 17-71893 |
|---|---|---|---|
| | Name | | |

**COrwig@hbtbank.com**

Creditor's email address, if known

**Date debt was incurred**
**5/15/2017**

**Last 4 digits of account number**
**8955**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Peoria County Collector** | Describe debtor's property that is subject to a lien | $21,414.18 | $723,720.00 |
|---|---|---|---|---|

Creditor's Name

**KFC # 42**
**NORTH ALLEN ROAD**
**PEORIA COUNTY**
**8905 North Allen Road, Peoria, IL 61615-1534**

**342 Main Street RM G-15**
**Peoria, IL 61602**

Creditor's mailing address

**Describe the lien**
**Property Tax Lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**
**12/31/2016**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6017**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $5,065,739.11 |
|---|---|---|

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **American Honda Finance Corp.**<br>**P.O. Box 168088**<br>**Irving, TX 75016-8088** | Line **2.1** | |

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **BARTLETT MANAGEMENT PEORIA, INC.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF ILLINOIS |
| Case number (if known) | **17-71893** |

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**IL Department of Employment<br>Security<br>Insolvency/Bkcy Subunit Field<br>Audit Section<br>33 S. State St. 10th Floor<br>Chicago, IL 60603** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unemployment Taxes Due** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,349.00** | **Unknown** |
| | Date or dates debt was incurred<br>**10/24/2017-11/20/2017** | Basis for the claim:<br>**IL State Taxes Due** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | BARTLETT MANAGEMENT PEORIA, INC. | Case number *(if known)* | 17-71893 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Federal Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,465.00 |
|---|---|---|---|

**Ability Services Inc.**
**606 Lauterbur Lane**
**Champaign, IL 61822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **None**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $345.08 |
|---|---|---|---|

**ADP, INC**
**1851 N RESLER DR. MS-100**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **1699**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.00 |
|---|---|---|---|

**Affordable Lawn Care**
**9879 Northridge Circle**
**Clinton, IL 61727-9622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **None**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,086.52 |
|---|---|---|---|

**Ameren Illinois**
**300 Liberty Street**
**Peoria, IL 61602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **Multiple Accounts**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,315.77 |
|---|---|---|---|

**Aramark Uniform Services**
**115 N. 1st Street**
**Burbank, CA 91502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **tore**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **BARTLETT MANAGEMENT PEORIA, INC.**   Case number (if known)   **17-71893**

Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$460.57** |
|---|---|---|---|

**Archway Marketing Svc**
**19850 S. Diamond Lake Road**
**Rogers, MN 55374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim: **Trade Debt - Supplier**

Last 4 digits of account number **3488**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$768.24** |
|---|---|---|---|

**AT & T**
**Corporate Headquarters**
**208 S Akard St,**
**Dallas, TX 75202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim: **Telephone Service**

Last 4 digits of account number **Multiple Accounts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Austin Engineering**
**311 SW Water Street**
**#215**
**Peoria, IL 61602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **As of 11/06/17**

Basis for the claim: **Trade Debt - Services Rendered**

Last 4 digits of account
number **No Account Number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,093.91** |
|---|---|---|---|

**Barco Uniforms, Inc.**
**350 W. Rosecrans Avenue**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim: **Trade Debt - Supplier**

Last 4 digits of account number **0524**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Beal Landscaping**
**Matthew Beal**
**8210 Cameron Lane**
**Mapleton, IL 61547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Monthly -- Recurring Vendor**

Basis for the claim: **Trade Debt - Services Rendered**

Last 4 digits of account number **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Bill's Key and Lock Shop**
**402 N. Main Street**
**Bloomington, IL 61701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **As of 10/31/2017**

Basis for the claim: **Trade Debt - Services Rendered**

Last 4 digits of account number **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Celemark Corporation**
**8 Digital Drive**
**Suite 100**
**Novato, CA 94949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **As of 10/31/2017**

Basis for the claim: **Trade Debt - Services Rendered**

Last 4 digits of account number **8776**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor **BARTLETT MANAGEMENT PEORIA, INC.**
_____
Name

Case number (if known)   **17-71893**

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19.71** |

**Century Link**
**665 Lexington Ave**
**Mansfield, OH 44907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **3031**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.09** |

**Century Link**
**665 Lexington Ave**
**Mansfield, OH 44907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **As of 11/6/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **1066**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Christenberry Systems & Alarm Company**
**222 Derby Street**
**Pekin, IL 61554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Monthly -- Recurring Vendor**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$311.80** |

**City of Clinton**
**Water Department**
**118 W. Washington St.**
**PO Box 378**
**Clinton, IL 61727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$176.62** |

**City of Pekin**
**Public Works Department**
**111 South Capitol Street**
**Pekin, IL 61554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **7000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$503.81** |

**City of Pekin**
**Attn: Treasurer**
**111 S Capitol St**
**Pekin, IL 61554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/24/2017-11/20/2017**

Basis for the claim:  **Food and Beverage Tax**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,662.59** |

**City of Peoria**
**Treasurer's Office**
**419 Fulton Street, Room 100**
**Peoria, IL 61602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/24/2017-11/20/2017**

Basis for the claim:  **Food and Beverage Tax**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **BARTLETT MANAGEMENT PEORIA, INC.** | Case number (if known) | **17-71893** |
|---|---|---|---|
| | Name | | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$165.00** |

**City of Peoria**
**419 Fulton Street**
**Room 100**
**Peoria, IL 61602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

**Basis for the claim:   Utilities**

Last 4 digits of account number **5075**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$837.03** |

**City of Washington**
**Water/Sewer Department**
**115 W. Washington**
**Washington, IL 61571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

**Basis for the claim:   Utilities**

Last 4 digits of account number **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$572.01** |

**City of Watseka**
**Water Department**
**201 Brianna Drive**
**PO Box 338**
**Watseka, IL 60970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

**Basis for the claim:   Utilities**

Last 4 digits of account number **5000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,062.00** |

**Clearly Windows DBA American Natl Skylin**
**2523 N. Bolton Avenue**
**Indianapolis, IN 46218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

**Basis for the claim:   Trade Debt - Services Rendered**

Last 4 digits of account number **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Commercial Electronics**
**3421 Hollenberg Drive**
**Bridgeton, MO 63044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **As of 11/6/2017**

**Basis for the claim:   Trade Debt - Services Rendered**

Last 4 digits of account number **5910**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,714.78** |

**Dale Boyer**
**727 Lakeshore Drive**
**Tuscola, IL 61953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/2009**

**Basis for the claim:   Stock Purchase 2008**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,428.21** |

**Data Imaging Supplies, Inc.**
**1253 E. St. Louis Street**
**Springfield, MO 65802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

**Basis for the claim:   Trade Debt - Supplier**

Last 4 digits of account number **None**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor  **BARTLETT MANAGEMENT PEORIA, INC.**

Name

Case number (if known)   **17-71893**

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,795.44** |
|---|---|---|---|

**Direct Energy Business**
**1001 Liberty Avenue, 12th Floor**
**Pittsburgh, PA 15222**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **Multiple Accounts**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,123.49** |
|---|---|---|---|

**Diversified Mechanical**
**329 N. Western**
**Peoria, IL 61604**

Date(s) debt was incurred  **As of 11/06/2017**

Last 4 digits of account number  **None**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dr. Pepper/Seven-Up, Inc.**
**5301 Legacy Drive**
**Attn: General Counsel**
**Plano, TX 75024**

Date(s) debt was incurred  **Per Contract 1/1/2017**

Last 4 digits of account number  _____

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract Commitment Funding (2017)**
**Annual Cash Funding (2017)**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Dunbar Security**
**8525 Kelso Drive**
**Essex, MD 21221**

Date(s) debt was incurred  **As of 10/31/2017**

Last 4 digits of account number  **2180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$354.50** |
|---|---|---|---|

**East Court Village c/o Cullinan Properti**
**420 North Main Street**
**East Peoria, IL 61611**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account
number  **No Account Number**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$90.10** |
|---|---|---|---|

**Ecobab Food Safety**
**24198 Network Place**
**Chicago, IL 60673-1241**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **Multiple Accounts**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,757.66** |
|---|---|---|---|

**Ecolab Pest Elimination Division**
**655 Lone Oak Dr - A1**
**Attn:  Zoltan Varga**
**Eagan, MN 55121**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **2458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **BARTLETT MANAGEMENT PEORIA, INC.** | Case number (if known) | **17-71893** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,620.62** |
| | **Eichenhauer Services Inc.** | ☐ Contingent | |
| | **2465 N. 22nd Street** | ☐ Unliquidated | |
| | **Decatur, IL 62526** | ☐ Disputed | |
| | Date(s) debt was incurred  **As of 11/06/2017** | Basis for the claim:  **Trade Debt - Services Rendered** | |
| | Last 4 digits of account number  **351** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
| | **Environmental Waste Solutions** | ☐ Contingent | |
| | **950 S Tamiami Trail #210** | ☐ Unliquidated | |
| | **Sarasota, FL 34236** | ☐ Disputed | |
| | Date(s) debt was incurred  **Balance due as of 12/4/2017** | Basis for the claim:  **Trade Debt - Services Rendered** | |
| | Last 4 digits of account number  **0116** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,036.65** |
| | **FL &  Sons Fire Equipment, Inc.** | ☐ Contingent | |
| | **206 Derby Street** | ☐ Unliquidated | |
| | **Pekin, IL 61554** | ☐ Disputed | |
| | Date(s) debt was incurred  **Balance due as of 12/4/2017** | Basis for the claim:  **Trade Debt - Services Rendered** | |
| | Last 4 digits of account number  **None** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$173.45** |
| | **Franke Resupply System Inc.** | ☐ Contingent | |
| | **8007 Innovation Way** | ☐ Unliquidated | |
| | **Chicago, IL 60682-0080** | ☐ Disputed | |
| | Date(s) debt was incurred  **Balance due as of 12/4/2017** | Basis for the claim:  **Trade Debt - Services Rendered** | |
| | Last 4 digits of account number  **1001** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98.87** |
| | **Frontier Business** | ☐ Contingent | |
| | **401 Merrit 7** | ☐ Unliquidated | |
| | **Norwalk, CT 06851** | ☐ Disputed | |
| | Date(s) debt was incurred  **Balance due as of 12/4/2017** | Basis for the claim:  **Utilities** | |
| | Last 4 digits of account number  **1010** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,792.99** |
| | **G&K Services** | ☐ Contingent | |
| | **7813 Solution Center** | ☐ Unliquidated | |
| | **Chicago, IL 60677-7008** | ☐ Disputed | |
| | Date(s) debt was incurred  **Balance due as of 12/4/2017** | Basis for the claim:  **Trade Debt - Services Rendered** | |
| | Last 4 digits of account number  **tore** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,386.55** |
| | **Greater Peoria Sanitary** | ☐ Contingent | |
| | **2322 S. Darst Street** | ☐ Unliquidated | |
| | **Peoria, IL 61607** | ☐ Disputed | |
| | Date(s) debt was incurred  **Balance due as of 12/4/2017** | Basis for the claim:  **Trade Debt - Services Rendered** | |
| | Last 4 digits of account number  **4702** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **BARTLETT MANAGEMENT PEORIA, INC.** | Case number *(if known)* | **17-71893** |
|---|---|---|---|
| | Name | | |

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00**

**Grimm Electric, Inc.**
**308 South Plum**
**Morton, IL 61550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,066.00**

**Hermes Service and Sales, Inc.**
**409 S. Center Street**
**Bloomington, IL 61701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.82**

**HM Electronics**
**14110 Stowe Drive**
**Poway, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **0524**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,365.52**

**Horvath Realty of Illinois, LLC**
**31 Bank Street**
**Sussex, NJ 07461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Rent due on Real Property Lease for KFC # 34 plus 2016 property taxes**

Last 4 digits of account number  **FC34**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,816.54**

**Hughes Network Systems, LLC**
**11717 Exploration Lane**
**Germantown, MD 20876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **0192**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**I.B.N. Dist., Inc**
**23679 Calabasas Rd #27**
**Calabasas, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/8/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,625.50**

**Illinois American Water**
**328 Broadway St**
**Pekin, IL 61554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **tore**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | BARTLETT MANAGEMENT PEORIA, INC. | Case number (if known) | 17-71893 |
|---|---|---|---|
| | Name | | |

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$674.82**

**Insight /Parapet Studios LLC**
**ACCOUNTS RECEIVABLE**
**3773 Howard Hughes Parkway**
**Nampa, ID 83652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred __Balance due as of 12/4/2017__

Basis for the claim: __Trade Debt - Services Rendered__

Last 4 digits of account
number __No account number__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,638.00**

**J.C.'s Lawn Care**
**Jay A. Clark**
**P.O. Box 332**
**Tremont, IL 61568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred __Balance due as of 12/4/2017__

Basis for the claim: __Trade Debt - Services Rendered__

Last 4 digits of account number __None__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,653.58**

**JA-BO, INC.**
**18427 North Old Galena Road**
**Attention: Jack Russell**
**Chillicothe, IL 61523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __As of 11/06/2017__

Basis for the claim: __Rent due under Real Property Lease (KFC ## 36, 38 and 39)__

Last 4 digits of account number __FC36,nd39__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$460.00**

**Kelley's Septic Tank**
**1955 St. Louis Bridge R**
**Decatur, IL 62521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred __Balance due as of 12/4/2017__

Basis for the claim: __Trade Debt - Services Rendered__

Last 4 digits of account number __None__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,838.97**

**KFC Nat. Council and Advertising Coop**
**P.O. Box. 642474**
**Pittsburgh, PA 15264-2474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __As of 11/20/2017__

Basis for the claim: __KFC ADVERTISING: 9/26-10/23  $21,432.00 KFC ADVERTISING: 10/24-11/20  $21,406.97__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,079.11**

**KFC Royalty**
**PO Box 203805**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __As of 11/20/2017__

Basis for the claim: __KFC ROYALTIES: 9/26-10/23  $19,050.69 KFC ROYALTIES: 10/24-11/20  $19,028.42__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,219.10**

**KFC/YSRG**
**P.O. BOX 203805**
**Dallas, TX 75320-3805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred __Balance due as of 12/4/2017__

Basis for the claim: __Merit System__

Last 4 digits of account number __None__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BARTLETT MANAGEMENT PEORIA, INC.** | Case number (if known) | **17-71893** |
|---|---|---|---|
| | Name | | |

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Lend Lease US Construction, Inc.**
**30 Wacker Drive**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **s of 11/7/2017**

Basis for the claim: **Loan - KFC Remodel**

Last 4 digits of account number **None**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,302.09**

**LOPAX, Inc.**
**3930 Premier North Dr**
**Tampa, FL 33618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Accounts Payable**

Last 4 digits of account number **None**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,767.12**

**Lynn Moses Plumbing**
**P.O. Box 3338**
**Peoria, IL 61612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **As of 11/06/2017**

Basis for the claim: **Trade Debt - Services Rendered**

Last 4 digits of account number **None**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,694.40**

**Mahoney Environmental**
**37458 Eagle Way**
**Chicago, IL 60678-1374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Balance due as of 12/4/2017**

Basis for the claim: **Trade Debt - Services Rendered**

Last 4 digits of account number **None**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Mantanky Realty Group**
**200 N. LaSalle Street**
**Suite 2350**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **As of 11/06/2017**

Basis for the claim: **Trade Debt - Services Rendered**

Last 4 digits of account number **No Account Number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,579.02**

**Mary Jane  Johnson**
**1235 Waterbury Loop**
**Lutz, FL 33559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/1/2016**

Basis for the claim: **Stock Purchase Agreement**
**15 Shares of Stock**

Last 4 digits of account number **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,279.87**

**McLane FoodService, Inc.**
**2085 Midway Road**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Balance due as of 12/4/2017**

Basis for the claim: **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **BARTLETT MANAGEMENT PEORIA, INC.** | Case number (if known) | **17-71893** |
|---|---|---|---|
| | Name | | |

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,664.17** |

**Mood Media (Muzak)**
**1703 W. 5TH ST.**
**Suite 600**
**Austin, TX 78703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim: **Trade Debt - Services Rendered**

Last 4 digits of account number **3200**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,349.26** |

**Morton Utilities**
**120 N. Main Street**
**Pekin, IL 61554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **As of 10/31/2017**

Basis for the claim: **Utilities**

Last 4 digits of account number **2001**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Nicor Gas**
**1305 Martin Luther King Dr,**
**Bloomington, IL 61701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **__**

Basis for the claim: **Utilities**

Last 4 digits of account number **4292**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,076.18** |

**NUCO2, LLC**
**2800 SE Market Place**
**Stuart, FL 34997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim: **Trade Debt - Services Rendered**

Last 4 digits of account number **1073**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,545.47** |

**OSPREY 1401 REALTY, LLC**
**45 Indian Field Court**
**Mahwah, NJ 07430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim: **Rent due per Real Property Lease on KFC # 35 (Bartonville), plus 2016 property taxes**

Last 4 digits of account number **FC35**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.29** |

**Par Tech Inc.**
**Headquarters**
**8383 Seneca Turnpike**
**New Hartford, NY 13413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim: **Trade Debt - Services Rendered**

Last 4 digits of account
number **No Account Number**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,228.14** |

**PDC Services, Inc**
**P.O. Box 9071**
**Peoria, IL 61612-9071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim: **Trade Debt - Services Rendered**

Last 4 digits of account number **Multiple Accounts**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **BARTLETT MANAGEMENT PEORIA, INC.** | Case number (if known) | **17-71893** |
|---|---|---|---|
| | Name | | |

---

**3.69**

**Nonpriority creditor's name and mailing address**

**Peoria County Collector**
**342 Main Street RM G-15**
**Peoria, IL 61602**

Date(s) debt was incurred **12/31/2016**

Last 4 digits of account number **1009**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Property Taxes (Property has been sold)**

Is the claim subject to offset? ■ No ☐ Yes

**$601.64**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**Peoria County Collector**
**342 Main Street RM G-15**
**Peoria, IL 61602**

Date(s) debt was incurred **12/31/2017**

Last 4 digits of account number **1010**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Property Taxes KFC #34**
**Per Real Property Lease**

Is the claim subject to offset? ■ No ☐ Yes

**$12,742.38**

---

**3.71**

**Nonpriority creditor's name and mailing address**

**Peoria County Collector**
**342 Main Street RM G-15**
**Peoria, IL 61602**

Date(s) debt was incurred **12/31/2016**

Last 4 digits of account number **8002**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Property Taxes KFC # 35**
**Per Real Property Lease**

Is the claim subject to offset? ■ No ☐ Yes

**$12,629.70**

---

**3.72**

**Nonpriority creditor's name and mailing address**

**Pepsi Cola Company**
**700 Anderson Hill Road**
**Purchase, NY 10577**

Date(s) debt was incurred **As of 11/6/2017**

Last 4 digits of account
number **No Account Number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.73**

**Nonpriority creditor's name and mailing address**

**Pepsi Cola Company**
**P.O. Box 75948**
**Chicago, IL 60675-5948**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **Multiple Accounts**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$671.16**

---

**3.74**

**Nonpriority creditor's name and mailing address**

**Perfect Window Cleaners**
**1220 E. Pershing Road**
**Decatur, IL 62526**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account
number **No Account Number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$390.00**

---

**3.75**

**Nonpriority creditor's name and mailing address**

**Pfingsten Mowing Services**
**Leon Pfingsten**
**2023 E 1675 N. Road**
**Watseka, IL 60970**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account
number **No Account Number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$220.00**

---

| Debtor | **BARTLETT MANAGEMENT PEORIA, INC.** | | Case number *(if known)* | **17-71893** |
|---|---|---|---|---|
| | Name | | | |

---

**3.76**

**Nonpriority creditor's name and mailing address**

**PHILLIPS TRUST**
**142 Chelsey Place**
**Santa Cruz, CA 95060**

**Date(s) debt was incurred  As of 12/4/2017**

**Last 4 digits of account number  FC22**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Rent due under Real Property Lease 800 West Walnut (KFC # 22 Watseka), plus 2016 Property Taxes**

Is the claim subject to offset? ■ No ☐ Yes

**$38,830.20**

---

**3.77**

**Nonpriority creditor's name and mailing address**

**Prairie Signs**
**1215 Warriner Street**
**Normal, IL 61761**

**Date(s) debt was incurred  As of 10/31/2017**

**Last 4 digits of account number  None**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.78**

**Nonpriority creditor's name and mailing address**

**Quality Water Solutions, Inc.**
**500 E. War Memorial Drive**
**Peoria, IL 61614**

**Date(s) debt was incurred  Balance due as of 12/4/2017**

**Last 4 digits of account number  No Account Number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$264.00**

---

**3.79**

**Nonpriority creditor's name and mailing address**

**Red Book Solutions**
**33270 Collection Ctr Drive**
**Chicago, IL 60693-0332**

**Date(s) debt was incurred  Monthly -- Recurring Vendor**

**Last 4 digits of account number  No Account Number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.80**

**Nonpriority creditor's name and mailing address**

**Republic Services #726**
**P. O. Box 9001099**
**Peoria, IL 61614**

**Date(s) debt was incurred  Balance due as of 12/4/2017**

**Last 4 digits of account number  2831**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$1,475.47**

---

**3.81**

**Nonpriority creditor's name and mailing address**

**Restaurant Supply Chain Solutions, LLC**
**950 Breckenridge Lane, Suite 300**
**Louisville, KY 40207**

**Date(s) debt was incurred  Balance due as of 12/4/2017**

**Last 4 digits of account number  6307**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt - Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$6,559.86**

---

**3.82**

**Nonpriority creditor's name and mailing address**

**Robert Clawson**
**3190 Deerfield Road**
**Clinton, IL 61727**

**Date(s) debt was incurred  Balance due as of 12/4/2017**

**Last 4 digits of account number  None**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Loan --- Remodel Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$12,631.26**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **BARTLETT MANAGEMENT PEORIA, INC.** | Case number (if known) | **17-71893** |
|---|---|---|---|
| | Name | | |

---

**3.83**

Nonpriority creditor's name and mailing address
**Roto Rooters Plumbers**
**11 Cottonwood Drive**
**Chatham, IL 62629**

Date(s) debt was incurred **As of 11/6/2017**

Last 4 digits of account number **None**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.84**

Nonpriority creditor's name and mailing address
**RSCS - KFC Packline**
**950 Breckenridge Lane, Suite 300**
**Louisville, KY 40207**

Date(s) debt was incurred **As of 7/31/2017**

Last 4 digits of account number **6037**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt  (LOAN)**

Is the claim subject to offset? ☒ No ☐ Yes

**$8,516.28**

---

**3.85**

Nonpriority creditor's name and mailing address
**RSCS Smallwares Connection**
**477 South Front Street**
**Columbus, OH 43215-5625**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **6037**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Supplier**

Is the claim subject to offset? ☒ No ☐ Yes

**$406.19**

---

**3.86**

Nonpriority creditor's name and mailing address
**S & S Lighting Maintenance**
**4305 N. Main Street**
**East Peoria, IL 61611**

Date(s) debt was incurred **10/23/2017**

Last 4 digits of account
number **No Account Number**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.87**

Nonpriority creditor's name and mailing address
**S&E Enterprises**
**774 E. Roxanna Circle**
**Kankakee, IL 60901**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account
number **No Account Number**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ☒ No ☐ Yes

**$200.00**

---

**3.88**

Nonpriority creditor's name and mailing address
**Scott Weaver & Son**
**Trucking and Exacavating**
**204 N. Main Street**
**Washington, IL 61571**

Date(s) debt was
incurred **Monthly -- Recurring Vendor**

Last 4 digits of account
number **No Account Number**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.89**

Nonpriority creditor's name and mailing address
**SFC of Illinois**
**404 North 5th Street**
**Pekin, IL 61554**

Date(s) debt was
incurred **Monthly -- Recurring Vendor**

Last 4 digits of account
number **No Account Number**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

Debtor    **BARTLETT MANAGEMENT PEORIA, INC.**                          Case number (if known)    **17-71893**
Name

| | |
|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$606,869.11** |

**Sorce Enterprises, Inc.**
**Dehater Division**
**3201 N. Main Street**
**East Peoria, IL 61611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Goods**

Last 4 digits of account number  **tore**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Stanley Convergent**
**Security Solutions Dept 10651**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account
number  **No Account Number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,854.86** |

**Taco Bell**
**Attn: General Counsel**
**1 Glen Bell Way**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **As of 11/28/2017**

Basis for the claim:  **TB ROYALTY:  11/1-11/28**
**TB ADVERTISING:  11/1-11/28**

Last 4 digits of account number  **4929**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**The Steritch Group, Inc.**
**6701 Carmel Rd**
**Charlotte, NC 28226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Monthly -- Recurring Vendor**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account
number  **No Account Number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$236,481.12** |

**Valenti Florida Management, Inc.**
**3930 Priemer North Drive**
**Tampa, FL 33618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Accounting Services**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Village of North Pekin**
**Water Department**
**318 N. Main Street**
**Pekin, IL 61554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **8000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,231.15** |

**Weber Plumbing & Heating, Inc.**
**111 East Cherry Street**
**Watseka, IL 60970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **As of 11/06/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | BARTLETT MANAGEMENT PEORIA, INC. | Case number (if known) | 17-71893 |
|---|---|---|---|
| | Name | | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,742.41 |
|---|---|---|---|

**Z BROTHERS, LLC**
**Attention: Demetrios Zeref**
**42 Harvest Lane**
**Hockessin, DE 19707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **As of 12/4/2017**

Basis for the claim:  **Rent due under Real Property Lease (KFC #37 Morton)  and property taxes due for 2016**

Last 4 digits of account number  **FC37**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Illinois Attorney General**<br>**33 South State St.**<br>**Room 992**<br>**Chicago, IL 60603** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **James Finegan**<br>**Finegan Law Firm**<br>**111 West Front Street**<br>**Bloomington, IL 61701** | Line **3.82**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Jonathan T. Edwards**<br>**Alston & Bird**<br>**1201 West Peachtree Street**<br>**Suite 4900**<br>**Atlanta, GA 30309-3424** | Line **3.61**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Meyer Capel, A Professional Corporation**<br>**306 W. Church Street**<br>**Champaign, IL 61820** | Line **3.94**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Richard T. Marvel**<br>**405 W. Front Street**<br>**Bloomington, IL 61701** | Line **3.97**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Roger L. Prillaman**<br>**Prillaman & Moore, Ltd.**<br>**220 W. Main Street**<br>**Urbana, IL 61801** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Ronald E. Boyer**<br>**Ronald E. Boyer P.C.**<br>**600 E. Walnut St.**<br>**PO Box 116**<br>**Watseka, IL 60970** | Line **3.76**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,349.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 1,361,364.82 |

| Debtor | **BARTLETT MANAGEMENT PEORIA, INC.** | Case number (if known) | **17-71893** |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.     $ _____ 1,362,713.82

**Fill in this information to identify the case:**

Debtor name      **BARTLETT MANAGEMENT PEORIA, INC.**

United States Bankruptcy Court for the:      CENTRAL DISTRICT OF ILLINOIS

Case number (if known)      **17-71893**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Merchant Services Ageeement** | |
| | State the term remaining | | **Bank of America** |
| | List the contract number of any government contract | | **1231 Durrett Lane Attention: Product Manager/Contract Mgr Louisville, KY 40213** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Purchase Agreement Monthly Payment per Promissory Note Ends December 2018** | |
| | State the term remaining | | **Dale Boyer** |
| | List the contract number of any government contract | | **727 Lakeshore Drive, Tuscola, IL 61953** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Electricity Transaction per terms of Commodity Master Agreement For Ameren IP /Ameren CILCO/Ameren CIPS Entered 11/20/2015 for 30 months** | |
| | State the term remaining | **through 5/20/2018** | **Direct Energy Business, LLC** |
| | List the contract number of any government contract | | **1001 LIberty Avenue Pittsburgh, PA 15222** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Adoption Agreement** | |
| | State the term remaining | **Expires 12/31/2026** | **Dr. Pepper/Seven-Up, Inc.** |
| | List the contract number of any government contract | | **5301 Legacy Drive Attn: General Counsel Plano, TX 75024** |

Debtor 1  **BARTLETT MANAGEMENT PEORIA, INC.**
First Name      Middle Name      Last Name

Case number *(if known)*   **17-71893**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

---

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Solid Waste/Recycling Cost Reduction Renewal Agreement Payment of $25 per location per month, 24 months beginning 1/01/2016** | |
|---|---|---|---|
| | State the term remaining | **through 12/31/2017** | **Environmental Waste Solutions 950 S Tamiami Trail #210 Sarasota, FL 34236** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of KFC # 34: 603 N. Western Ave., Peoria, IL  61604-5123** | |
|---|---|---|---|
| | State the term remaining | **1/17/2032** | **HORVATH REALTY OF ILLINOIS, LLC, 31 Bank Street Sussex, NJ 07461** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Future Store Network (FSN) Services Agreement For Pizza Hut and KFC Franchisees Executed 7/30/2015** | |
|---|---|---|---|
| | State the term remaining | | **Hughes Network Systems, LLC 11717 Exploration Lane Germantown, MD 20876** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of KFC #36: 2231 W. Glen Ave., Peoria, IL 61614-4561** | |
|---|---|---|---|
| | State the term remaining | **12/31/2026** | **JA-BO, INC. 18427 North Old Galena Road Attention: Jack Russell Chillicothe, IL 61523** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease KFC #38: 3485 Court St., Pekin, IL 61554-6236** | |
|---|---|---|---|
| | State the term remaining | **9/30/2017** | **JA-BO, INC. 18427 North Old Galena Road Attention: Jack Russell Chillicothe, IL 61523** |
| | List the contract number of any government contract | | |

---

| Debtor 1 | BARTLETT MANAGEMENT PEORIA, INC. | | Case number *(if known)* | 17-71893 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## ▮ Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of KFC # 39: 1106 Peoria St., Washington, IL 61571-2351** | |
|---|---|---|---|
| | State the term remaining | **12/31/2024** | **JA-BO, INC. 18427 North Old Galena Road Attention: Jack Russell Chillicothe, IL 61523** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC #34** | |
|---|---|---|---|
| | State the term remaining | **Exoires 6/1/2022** | **KFC PO Box 32070 Attention: Vice President-Franchising Louisville, KY 40232** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC #35** | |
|---|---|---|---|
| | State the term remaining | **Expires 06/01/2027** | **KFC PO Box 32070 Attention: Vice President-Franchising Louisville, KY 40232** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 36** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/1/2017** | **KFC PO Box 32070 Attention: Vice President-Franchising Louisville, KY 40232** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 38** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/1/2027** | **KFC PO Box 32070 Attention: Vice President-Franchising Louisville, KY 40232** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 39** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/1/2027** | **KFC PO Box 32070 Attention: Vice President-Franchising Louisville, KY 40232** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1   **BARTLETT MANAGEMENT PEORIA, INC.**

First Name          Middle Name          Last Name

Case number (*if known*)   **17-71893**

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 41 see also Multibrand Agreement with Taco Bell** | |
| | State the term remaining | **Expires 6/1/2027** | **KFC PO Box 32070 Attention: Vice President-Franchising Louisville, KY 40232** |
| | List the contract number of any government contract | | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 42** | |
| | State the term remaining | **Expires 11/2/2027** | **KFC PO Box 32070 Attention: Vice President-Franchising Louisville, KY 40232** |
| | List the contract number of any government contract | | |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Gift Card Participation Agreement** | |
| | State the term remaining | **No End Term** | **KFCGC, Inc. 950 Breckenridge Lane Louisville, KY 40207** |
| | List the contract number of any government contract | | |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Purchase Agreement Monthly Payments per Promissory Note Last Payment Due 12/31/2025** | |
| | State the term remaining | | **Mary Jane  Johnson 1235 Waterbury Loop Lutz, FL 33559** |
| | List the contract number of any government contract | | |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Participant Distribution Joinder Agreement Coterminous with Master Agreement** | |
| | State the term remaining | | **McLane Service 2085 Midway Road Carrollton, TX 75006** |
| | List the contract number of any government contract | | |

| Debtor 1 | **BARTLETT MANAGEMENT PEORIA, INC.** | | | Case number *(if known)* | **17-71893** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Modification Agreement pursuant to which Debtor and its affiliated entities (Bartlett Management Services,, Inc. and Bartlett Mangement Indianapolis, Inc. retained Mr. Bartlett as a consultant beginning May 1, 2014 and pay him a salary of $50,000 per year as well as provide health coverage to Mr. Bartlett and his wife Jane Bartlett and continue to pay premiums on Mr. Bartlett's life insurance, in exchange for forgiveness of debt.** <br><br> **See also Business Services Agreement between BMSI and Mr. Bartlett** | |
|---|---|---|---|
| | State the term remaining | | **Michael Bartlett** <br> **31213 N. GECKO TRAIL** <br> **San Tan Valley, AZ 85143-4170** |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of KFC # 35:** <br> **5601 Washington St.,** <br> **Bartonville, IL** <br> **61607-2009** <br> **1/31/2032** | |
|---|---|---|---|
| | State the term remaining | | **OSPREY 1401 REALTY, LLC** <br> **45 Indian Field Court** <br> **Mahwah, NJ 07430** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Adoption Agreement for all 3 Bartlett entities to the 2017 Pepsi-Cola Beverage Supply and Marketing Agreement between between YUM! Brands,Inc and Pepsico Sales Inc.** <br> **End December 31, 2026** | |
|---|---|---|---|
| | State the term remaining | | **Pepsi Cola Company** <br> **1111 Westchester Avenue** <br> **Attn: President, PepsiCo Foodservice** <br> **White Plains, NY 10604** |
| | List the contract number of any government contract | | |

| Debtor 1 | **BARTLETT MANAGEMENT PEORIA, INC.** | | Case number *(if known)* | **17-71893** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of KFC # 22: 800 W Walnut St., Watseka, IL** | |
|---|---|---|---|
| | State the term remaining | **1/28/2026** | **PHILLIPS TRUST** |
| | List the contract number of any government contract | | **142 Chelsey Place**<br>**Santa Cruz, CA 95060** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Interim Management and Restructuring Services** | |
|---|---|---|---|
| | State the term remaining | | **Silverman Consulting** |
| | List the contract number of any government contract | | **5750 Old Orchard Road**<br>**Skokie, IL 60077** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement With Robert Clawson** | |
|---|---|---|---|
| | State the term remaining | | **Taco Bell** |
| | List the contract number of any government contract | | **Attn: General Counsel**<br>**1 Glen Bell Way**<br>**Irvine, CA 92618** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Management Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Valenti Florida Management, Inc.** |
| | List the contract number of any government contract | | **3930 Premier North Drive**<br>**Tampa, FL 33618** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of KFC #37:  927 W. Jackson St. , Morton, IL  61550-1567** | |
|---|---|---|---|
| | State the term remaining | **12/31/2025** | **Z BROTHERS, LLC** |
| | List the contract number of any government contract | | **Attention: Demetrios Zeref**<br>**42 Harvest Lane**<br>**Hockessin, DE 19707** |

| Fill in this information to identify the case: |
| --- |

Debtor name     **BARTLETT MANAGEMENT PEORIA, INC.**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF ILLINOIS

Case number (if known)     **17-71893**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Bartlett Management Indianapolis Inc.** | **70 Clinton Plaza Clinton, IL 61727** | **Heartland Bank and Trust Company** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Bartlett Managment Services, Inc.** | **70 Clinton Plaza Clinton, IL 61727** | **Heartland Bank and Trust Company** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Horvath Realty of Illinois, LLC** | **31 Bank Street Sussex, NJ 07461** | **Peoria County Collector** | ☐ D _____ ■ E/F __3.70__ ☐ G _____ |
| 2.4 | **Horvath Realty of Illinois, LLC** | **31 Bank Street Sussex, NJ 07461** | **Peoria County Collector** | ☐ D _____ ■ E/F __3.69__ ☐ G _____ |
| 2.5 | **Jane Bartlett** | **31213 N. GECKO TRAIL San Tan Valley, AZ 85143-4170** | **Heartland Bank and Trust Company** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |

| Debtor | **BARTLETT MANAGEMENT PEORIA, INC.** | Case number *(if known)* | **17-71893** |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Michael Bartlett** | 31213 N. GECKO TRAIL<br>San Tan Valley, AZ 85143-4170 | **Heartland Bank and Trust Company** | ■ D  **2.5**<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **OSPREY 1401 REALTY, LLC** | 45 Indian Field Court<br>Mahwah, NJ 07430 | **Peoria County Collector** | ☐ D ____<br>■ E/F  **3.71**<br>☐ G ____ |
| 2.8 | **Robert Clawson** | 3190 Deerfield Road<br>Clinton, IL 61727 | **Heartland Bank and Trust Company** | ■ D  **2.5**<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | **Robert Clawson** | 3190 Deerfield Road<br>Clinton, IL 61727 | **Z BROTHERS, LLC** | ☐ D ____<br>■ E/F  **3.97**<br>☐ G ____ |
| 2.10 | **Sharon Clawson** | 3190 Deerfield Road<br>Clinton, IL 61727 | **Heartland Bank and Trust Company** | ■ D  **2.5**<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | **Bartlett Management Indianapolis, Inc.** | 70 Clinton Plaza<br>Clinton, IL 61727 | **Silverman Consulting** | ☐ D ____<br>☐ E/F ____<br>■ G  **2.25** |
| 2.12 | **Bartlett Management Peoria, Inc.** | 70 Clinton Plaza<br>Clinton, IL 61727 | **Silverman Consulting** | ☐ D ____<br>☐ E/F ____<br>■ G  **2.25** |
| 2.13 | **Bartlett Managment Services, Inc.** | 70 Clinton Plaza<br>Clinton, IL 61727 | **HORVATH REALTY OF ILLINOIS, LLC,** | ☐ D ____<br>☐ E/F ____<br>■ G  **2.6** |

| Debtor | **BARTLETT MANAGEMENT PEORIA, INC.** | Case number *(if known)* | **17-71893** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Robert Clawson**     3190 Deerfield Road<br>Clinton, IL 61727 | **HORVATH REALTY OF ILLINOIS, LLC,** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.6___ |
| 2.15 | **Robert Clawson**     3190 Deerfield Road<br>Clinton, IL 61727 | **Z BROTHERS, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.28___ |

# United States Bankruptcy Court
## Central District of Illinois

In re   **BARTLETT MANAGEMENT PEORIA, INC.**

Debtor(s)

Case No.   **17-71893**

Chapter   **11**

# BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS**   (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing:    $    **6,893,991.39**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income    $    **403,127.00**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor)    $ | **124,587.00** |
| 4. Payroll Taxes | **11,970.00** |
| 5. Unemployment Taxes | **0.00** |
| 6. Worker's Compensation | **4,665.00** |
| 7. Other Taxes | **8,056.00** |
| 8. Inventory Purchases (Including raw materials) | **143,803.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | **0.00** |
| 10. Rent (Other than debtor's principal residence) | **31,948.00** |
| 11. Utilities | **22,520.00** |
| 12. Office Expenses and Supplies | **9,417.00** |
| 13. Repairs and Maintenance | **13,231.00** |
| 14. Vehicle Expenses | **1,850.00** |
| 15. Travel and Entertainment | **1,898.00** |
| 16. Equipment Rental and Leases | **0.00** |
| 17. Legal/Accounting/Other Professional Fees | **9,000.00** |
| 18. Insurance | **5,766.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | **7,949.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

DESCRIPTION    TOTAL

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Corporate Admin Expense Allocation** | **18,350.00** |
| **Other** | **51,342.00** |

22. Total Monthly Expenses (Add items 3-21)    $    **466,352.00**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)    $    **-63,225.00**