# CHAPTER 11 QUARTERLY REPORT FOR CONFIRMED CASES

*Debtor Name:* Bartlett Management Peoria Inc.

*Case Number:* 17-71893

*For Quarter/Year:* First Quarter 2023

*Confirmation Date:* December 19, 2019

**PLAN PAYMENTS MADE DURING THE QUARTER: QUARTERLY TOTALS**

| | |
|---|---|
| Administrative Expenses | $250.00 (UST FEES) |
| Secured Creditors | $0.00 |
| Priority Creditors | $0.00 |
| Unsecured Creditors | $0.00 |
| **Total Plan Payments** | $0.00 |

**CASH FLOW REPORT:**     **QUARTERLY TOTALS**

| | |
|---|---|
| Total Receipts | $0.00 |
| Total Disbursements including plan payments | $250.00 |
| **Net Cash Flow** (Total Receipts minus Total Disbursements) | -$-250.00 |

1. Have all property sales and transfers described in the plan been completed?  **YES** / NO
   If **no**, please provide an explanation: _____

2. Have any distributions been made to any owners/stockholders of the debtor?  YES / **NO**
   If **yes**, please provide an explanation (exclude wages): No

3. Have all claims been resolved?  YES / **NO**
   If **no**, please provide an explanation: The Creditor Trustee continues to contest unsecured claims.

The undersigned certifies under penalty of perjury that the information contained in this report is complete, true and correct to the best of his/her knowledge, information, and belief.

Signature: /s/ Jonathan A. Backman     Date: 04/15/23